Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
(907) 277-3333 - phone
(907) 264-6666 - fax
kpjlaw@yahoo.com

Counsel for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKAN INDEPENDENCE PARTY, LINDA WINKELMAN, ALASKA LIBERTARIAN PARTY, INC., and SCOTT KOHLHAAS,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF ALASKA, DIVISION OF ELECTIONS; and LOREN LEMAN, Lieutenant Governor,<br><br>Defendants. | **COMPLAINT FOR FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>3:06-CV-00040 TMB<br><br>Case No. A05-_____ CIV (___) |

Plaintiffs, Alaskan Independence Party, Linda Winkelman, Alaska Libertarian Party, Inc., and Scott Kohlhaas, complain against the defendants, State of Alaska Division of Elections and Lieutenant Governor Loren Leman, in his official capacity of supervisor of elections, as follows:

## JURISDICTION

1. This action is brought to protect the rights of plaintiffs to free political association, free speech, right to petition, right to due process, and other rights guaranteed to them by the First and Fourteenth Amendments to the United States Constitution, by 42 U.S.C.

§ 1983, 1985(3) and 1988, and by Article One, Sections Two, Five, Six, Seven and Twenty-two of the Alaska Constitution. This Court has jurisdiction of the federal claims pursuant to 28 U.S.C. § 1331, 1343, 2201 and 2202. This court has jurisdiction of any state claims pursuant to 28 U.S.C. § 1367.

    2. Linda Winkelman is the Chairman and Treasurer of the Alaska Independence Party, is a registered Alaskan Independence Party voter of the State of Alaska, and is a resident of North Pole, Alaska. Scott Kohlhaas is the Chair of the Alaska Libertarian Party, Inc., a registered Alaska Libertarian Party, Inc., voter of the State of Alaska, and a resident of Anchorage, Alaska. Ms. Winkelman and Mr. Kohlhaas object to persons whose political philosophies are other than the political philosophy of their respective parties designating themselves as candidates of those parties for public offices as permitted by Alaska law and the State of Alaska Division of Elections.

    3. The Alaskan Independence Party is an unincorporated political organization in the State of Alaska, composed of persons who have joined together to advance their Constitutionally-protected political beliefs. The Alaskan Independence Party stands on a firm Constitutional foundation, and affirms that all political power is inherent in the people; that all government originates with the people, is founded on their will alone, and is instituted to protect the rights of the individual; that all persons have a natural right to life, liberty, the pursuit of happiness, and the enjoyment of the rewards of their own industry; and that all persons are equal and entitled to equal protection under the laws. Some of the goals of the Alaskan Independence Party are to support the liberalization of initiative, referendum and recall procedures to hold legislatures accountable to the will of the people; to prohibit all bureaucratic regulations and

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

rulings purporting to have the effect of law, except those which shall have been approved by the legislature; to provide for the direct election of the attorney general, all judges and magistrates; to support the complete abolition of the concept of sovereign or governmental immunity, so as to restore accountability for public servants; and to strengthen the traditional family and support individual accountability without government interference or regulation. The Alaskan Independence Party desires that it have the right of self-control over the nomination of its candidates, and specifically desires to retain and protect the right to nominate its candidates by convention, if it desires to do so. The Alaskan Independence Party is being harmed in that it is not able to select its candidates in the manner that it desires to do, including, but not limited to, nomination by convention. In particular, the Alaska Independence Party is being harmed because the State of Alaska allows persons whose political beliefs and philosophy is other than the political belief and philosophy of the Alaskan Independence Party to designate themselves as candidates of the Alaskan Independence Party in public elections in the State of Alaska.

    5. The Alaska Libertarian Party, Inc., is an affiliate state party of the Libertarian National Committee, which was formed in 1971 to promote the Libertarian political philosophy in American society through the mechanism of electoral politics, and is composed of persons who have joined together to advance their Constitutionally-protected political beliefs. The Alaska Libertarian Party, Inc., supports the concept of minimizing government and maximizing the rights of the individual. The Alaska Libertarian Party, Inc., has filed its biennial report last due with the State of Alaska, and is in all respects qualified to commence and maintain an action in the courts of Alaska and the United States. The Alaska Libertarian Party, Inc., desires that each political party have the right of self-control over the nomination of its candidates. The

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

Alaska Libertarian Party, Inc., is being harmed in that it is not able to select its candidates in the manner that it desires to do, including, but not limited to, nomination by convention. In particular, the Alaska Libertarian Party is being harmed because the State of Alaska allows persons whose political beliefs and philosophy is other than the political belief and philosophy of the Alaska Libertarian Party to designate themselves as candidates of the Alaska Libertarian Party in public elections in the State of Alaska.

6. The Lieutenant Governor of Alaska is responsible for the administration of State election laws, and controls and supervises the Alaska Division of Elections. The defendants, or those other persons occupying positions with defendants, supervise and administer elections of the State of Alaska, including but not limited to, future primary and general elections in the State of Alaska.

7. The State of Alaska is administering elections in Alaska in accord with AS 15.25.010 et seq., which, in AS 15.25.030, allows persons to declare themselves candidates for public offices representing Alaska political parties, even if these candidacies are objected to by the political parties themselves, or the candidacies are in violation of the pre-cleared bylaws or rules of the political parties relating to the selection of their candidates.

8. All political parties may select their candidates in accord with the pre-cleared bylaws or rules of each party. This right to do so is a right guaranteed to each party and its members by the First Amendment to the United States Constitution, applicable to the defendants through the Fourteenth Amendment.

9. Both the Alaskan Independence Party and the Alaska Libertarian Party, Inc., have bylaws which have been pre-cleared by the United States Department of Justice under the

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

4

provisions of the Voting Rights Act. The self-designation selection process for Alaskan Independence Party candidates violates the pre-cleared bylaws of these political parties.

10. AS 15.25.010 et seq. violates the First and Fourteenth Amendments to the United States Constitution because it denies plaintiffs their rights of free political association, political expression, free speech, free assembly, and to petition the government for redress of grievances.

11. AS 15.25.010 et seq. violates Article One, Sections Two, Five, Six and Twenty-two of the Alaska Constitution because it withholds political power from the people, and denies plaintiffs the right to this political power, and to free speech, to assemble, to petition the government for redress of grievances, and to privacy.

12. The State of Alaska has conducted past and intends to conduct future elections in violation of the bylaws of the Alaskan Independence Party and the Alaska Libertarian Party, Inc., and allow the self-designation of candidates, unless ordered to do otherwise by this Court or another court of competent jurisdiction.

13. Linda Winkelman, Scott Kohlhaas, and other members of all political parties have the First Amendment associational right to nominate their candidates in accord with the rules of their respective political parties.

14. Linda Winkelman, Scott Kohlhaas, and other members of all political parties have the right not to be forced to vote in an election including self-designated candidates objected to by their political parties.

**RELIEF REQUESTED**

WHEREFORE, the plaintiffs request the following relief:

(a) A declaratory judgment that political parties themselves, and not the State of Alaska, have the right to determine how their candidates to appear on Alaska election ballots are to be selected, and that the State of Alaska must allow a political party to select its candidates for the general election ballot in a manner acceptable to the political party,

(b) A permanent injunction prohibiting defendants from selecting these candidates and conducting these elections in any manner other than in conformance with pre-cleared bylaws or rules of the applicable political party,

(c) A mandatory injunction requiring that the defendants adopt appropriate regulations and file these regulations with the Justice Department for preclearance immediately,

(d) An award of their costs and attorney fees, and

(e) Such and further relief as may be just and proper.

DATED this 14th day of February, 2006.

KENNETH P. JACOBUS, P.C.
Attorney for Plaintiffs

By /s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

6