AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ALASKA

RECEIVED FEB 2 3 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

ALASKAN INDEPENDENCE PARTY, LINDA
WINKELMAN, ALASKA LIBERTARIAN PARTY,
INC., and SCOTT KOHLHAAS

V.

STATE OF ALASKA, DIVISION OF ELECTIONS;
and LOREN LEMAN, Lieutenant Governor

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   3:06-CV-00040 TMB

TO: (Name and address of Defendant)

LOREN LEMAN, LIEUTENANT GOVERNOR
STATE CAPTOL, THIRD FLOOR
JUNEAU AK 99501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth P. Jacobus
Kenneth P. Jacobus, P.C.
310 K Street, Suite 200
Anchorage AK  99501-2064

an answer to the complaint which is served on you with this summons, within ___Thirty (30)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK                                          2/23/2006

CLERK                                               DATE

_(signature)_

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  February 24, 2005 |
| NAME OF SERVER (PRINT)  Kenneth P. Jacobus | TITLE  Attorney at Law |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By certified mail under Alaska law, received February 27, 2006 - See USPS Form 3811 attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 11, 2006
  Date

Signature of Server
310 K Street, Suite 200
Anchorage AK 99501-2064

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Lt. Gov. Loren Leman
   State Capitol, 3rd Floor
   Juneau AK 99801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
  X _Karen Bray_  ☐ Agent  ☒ Addressee
B. Received by (Printed Name)  Randy Bray
C. Date of Delivery  2/27/06
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
  ☒ Certified Mail   ☐ Express Mail
  ☐ Registered       ☐ Return Receipt for Merchandise
  ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
  7005 0390 0000 6115 0083

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.