Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
(907) 277-3333 - phone
(907) 264-6666 - fax
kpjlaw@yahoo.com

Counsel for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKAN INDEPENDENCE PARTY, LINDA WINKELMAN, ALASKA LIBERTARIAN PARTY, INC., and SCOTT KOHLHAAS, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF ALASKA, DIVISION OF ELECTIONS; and LOREN LEMAN, Lieutenant Governor, <br><br> Defendants. | ) ) ) ) ) ) ) ) **CERTIFICATE OF SERVICE** ) **and NOTICE REGARDING** ) **DUE DATE OF ANSWER OR** ) **OTHER RESPONSE** ) ) ) ) ) ) ) Case No. 3:06-CV-00040 TMB |

The undersigned hereby certifies that the Summons and Complaint in this matter were personally delivered to the office of the Chief, Office of the Attorney General, 1031 Fourth Avenue, Anchorage AK 99501, and mailed to the Attorney General of Alaska, P.O. Box 110300, Juneau AK 99811-0300. The date of service is February 27, 2006, as shown on USPS Form 3811 attached.

An answer or other appropriate motion or response will be filed by the defendants by June 9, 2006, to allow for the legislative responsibilities of the Attorney General's Office.

The undersigned further certifies that a copy of this document and the returns of

service for Lt. Governor Loren Leman and the Office of the Division of Elections were mailed to Mike Barnhill, AAG, Office of the Attorney General, P.O. Box 110300, Juneau AK 99811-0300, the attorney for defendants in this case.

DATED this 11th day of April, 2006.

KENNETH P. JACOBUS, P.C.
Attorney for Plaintiffs

By /s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alaska Attorney General
PO Box 110300
Juneau AK
99811-0300

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)   FEB 27 2006   C. Date of Delivery
State of Alaska
Department of Administration
Central Mail Services

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0000 6115 0106

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

2