**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

AK INDEPENDENCE PARTY, et al.   v.   STATE OF ALASKA DIVISION OF ELECTIONS, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                  CASE NO. 3:06-cv-00040-TMB

Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 14, 2006

**Plaintiff is required to take action as to:**

| Complaint | Amended Complaint | Third Party Complaint | Complaint In Intervention |
|-----------|-------------------|-----------------------|---------------------------|
| [X]       | [ ]               | [ ]                   | [ ]                       |

___ Failure to Serve. Proof of service as to one or more defendants is lacking. File proofs of service on those defendants already served. Proceed to serve any other defendants so as to comply with Rule 4(m), Federal Rules of Civil Procedure.

___ Case Not at Issue. An answer has not been filed by one or more defendants served in this case. Where the time to answer has expired, require an answer immediately or apply for default within 20 days from the date of this minute order.

___ Dismissal for Failure to Serve (Warning!). Proof of service is lacking as to defendant(s) named below. Any defendant as to whom a proof of service is not on file by 120 days from the filing of the complaint will be dismissed. Rule 4(m), Federal Rules of Civil Procedure. Defendant(s):

**XX** Dismissal for Failure to Take Action (Warning!). An answer has not been filed by nor default taken as to defendant(s) named below. Defendant(s) as to whom the case is not at issue 120 days from filing of the complaint will be dismissed for lack of prosecution. Defendant(s): **STATE OF ALASKA DIVISION OF ELECTIONS, and LOREN LEMAN.**

___ Case Dismissed. For failure to ___ make service or ___ failure to take a default or require an answer, this case is dismissed without prejudice as to defendant(s):

Plaintiff Required to Take Action
[ ]{ID1.WPD*Rev.09/02}