Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
(907) 277-3333 - phone
(907) 264-6666 - fax
kpjlaw@yahoo.com

Counsel for Plaintiffs

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKAN INDEPENDENCE PARTY, LINDA WINKELMAN, ALASKA LIBERTARIAN PARTY, INC., and SCOTT KOHLHAAS,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF ALASKA, DIVISION OF ELECTIONS; and LOREN LEMAN, Lieutenant Governor,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) **STATUS REPORT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00040 TMB |

This status report is being submitted by the undersigned after receiving the order of this Court dated June 14, 2006. Prior to submitting this report, I discussed this case with Mike Barnhill, Assistant Attorney General in Juneau, who is representing the defendants.

In accord with the attached letter, the parties agreed that no answer would be due until June 9, 2006, to allow for the completion of the legislative session. Mr. Barnhill was extensively involved in the session and needed the time to handle that work load.

Mr. Barnhill indicated today that he would be filing a motion to dismiss and an entry of appearance next week. The motion is apparently completed and being reviewed internally in his

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

office.

In any event, the parties are diligently working on this matter at the present time without the need for any court involvement, and this case should not be dismissed for lack of prosecution.

DATED this 14th day of June, 2006.

KENNETH P. JACOBUS, P.C.
Attorney for Plaintiffs

By /s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June, 2006, a true and correct copy of this Status Report was mailed to:

Michael A. Barnhill, Esq.
Asst. Attorney General
Office of the Attorney General
PO Box 110300
Juneau AK 99811-0300

_____
Kenneth P. Jacobus

LAW OFFICES OF
**KENNETH P. JACOBUS**
A PROFESSIONAL CORPORATION
310 K Street, Suite 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333
FAX (907) 264-6666

April 11, 2006

Mike Barnhill, AAG
Office of the Attorney General
P.O. Box 110300
Juneau AK 99811-0300

Re: AIP v. State
U.S. District Court No. 3:06-CV-00040 TMB
Our File No. 268-02

Dear Mike,

This letter will confirm our telephone conference today, in which we agreed that you could have until June 9, 2006, to file an answer or other appropriate motion or response in this case. I will be filing a certificate of service of the summons and complaint with the U.S. District Court, a copy of which is enclosed.

If you have any additional questions, or need additional time, please let me know.

Thank you.

Very truly yours,

KENNETH P. JACOBUS, P.C.

By [signature]
Kenneth P. Jacobus

Encl.