# The Bylaws of the Alaskan Independence Party
## Revised and adopted in the Special Statewide Convention at Palmer, Alaska, March 29, 2003
## Replaces 2002 version

## Article I. NAME AND SYMBOL

The name and symbol defined of our party is defined.

**1.01 Name**

The name of this organization shall be the ALASKAN INDEPENDENCE PARTY.

**1.02 Symbol**

The symbol of the Alaskan Independence Party shall be a polar bear depicted with the Big Dipper and north star in the background. The party symbol incorporating these elements may be used on clothing, on pins, signs and other means for advertising and raising party funds.

## Article II. MEMBERSHIP

Membership in this organization shall be limited to all residents of Alaska who have registered to vote with the State Department of Elections and selected the Alaskan Independence Party as their political affiliation of preference.

## Article III. PURPOSE

The purpose of this organization shall be to function as an organized political party in promoting people for elected public office who support the Alaskan Independence Party Platform.

**3.01 Affiliation**

The Alaskan Independence Party shall be affiliated with the ALASKANS FOR INDEPENDENCE in recognition and gratitude for their efforts and support that made this political party a reality.

**3.02 Goal**

The Alaskan Independence Party's goal is to let the people vote on the question they were entitled to but were denied in 1958.

**3.03 Economics**

To promote the Economic Independence of the people and State of Alaska; to strive for the equal treatment and protection under the law for all Alaskans; to work to ensure the Statehood Compact is honored by the Federal government; to work to promote the diversification of Alaska's economic potential to insure a viable economic base to ensure the greatest opportunity for all Alaskans and to provide continuing opportunity for future generations of Alaskans.

## Article IV. ORGANIZATION

Organization of the Alaskan Independence Party shall be by Senate District boundaries as designated and defined by the State Department of Elections and the voting House Districts thereof in accordance with these BYLAWS, and regional boundaries.

Exhibit __A__ page _1_ of _12_

### 4.01 House District Elections

Notice of Alaskan Independence Party House District elections within a Senate District shall be the duty of the Senate District Chair. Proper notice for House District elections shall include, but not be limited to, the following:

- A) Notice of House District elections shall be posted or published at least thirty (30) days in advance. Notice shall appear in each House District electing, or in a paper of general circulation within that House District.
- B) Notice shall state the purpose of the election, the requirements for voting and/or being elected, the date, time, and location where the election is to be held.

### 4.02 House District Officers

During the first quarter in the odd numbered years, party members of (a) House District(s) shall gather at a public meeting place that has been so advertised in accordance with these BYLAWS for the purpose of electing one (1) House District Chair and one (1) House District Vice Chair from among the members of each voting House District within the Senate District. Only persons who are members of the Alaskan Independence Party and residents of the House District electing shall be eligible to nominate, vote, or be elected to the position of House District Chair or House District Vice Chair. A majority vote of a House District shall be required to elect, and the House District Chair and House District Vice Chair so elected shall serve until the next House District elections are held and their successors elected in accordance with these BYLAWS.

### 4.03 House District Meetings

The House District meetings shall be conducted under Robert's Rules of Order, newly revised, and all nominations shall be made and seconded from the floor. The QUORUM for a House District to elect shall be two (2) persons present who reside in the House District and who are members of the Alaskan Independence Party.

### 4.04 Senate District Elections

The newly elected House District Chairs and House District Vice Chairs shall caucus as the newly elected Senate District Committee (when all of the House District elections within a House Senate District have been concluded) and elect, from among the members in the Senate District, a Senate District Chair, Vice Chair, Treasurer, and Secretary. The old Senate District Chair and Secretary shall preside over the meeting or caucus until the elections of the new Senate District Officers are concluded.

### 4.05 Senate District Minutes

The newly elected Senate District Chair shall, within thirty (30) days after these House District elections are concluded, file with the region or State Chair the names and the addresses of all House District Chairs, House District Vice Chairs, Senate District Officers, and certification that these BYLAWS were complied with in every respect. Proper certification shall consist of a list of locations where notices were posted, or a copy of the newspaper notice, and a copy of the minutes as taken and signed by the Senate District Secretary that record the actual votes and manner in which the elections were held.

### 4.06 Powers of Senate District Chairs

For the purpose of initial organization, and in the event that a House District fails to present a QUORUM for a proper election, the Senate District Chair is empowered to appoint House District Chairs and House District Vice Chairs. However, all appointed House District Chairs and House District Vice Chairs shall reside in the House District represented and shall be members of the Alaskan Independence Party. This power to appoint is for organizational purposes only and shall not be used to circumvent the intent of these BYLAWS requiring a proper election by the members of each House District.

Exhibit __A__ page _2_ of _12_

### 4.07 Senate District Quorum Defined

The QUORUM required for a meeting of a House Senate District Committee shall be a majority of the House District Chairs and House District Vice Chairs present or voting in accordance with these BYLAWS. Meetings of all Senate District Committees shall be conducted under Robert's Rules of Order, newly revised, and the rules shall not be suspended. The minutes shall be duly recorded and maintained by the Senate District Secretary as records of the House Senate District Committee of the Alaskan Independence Party.

### 4.08 Senate District Meetings

The Senate District Chair shall schedule and conduct meetings of the Senate District Committee for the purposes of fund raising, organization and voter registration of new party members, supporting party candidates for elected public offices, maintaining Senate District files and voter information, assisting the regional and State Committees in all activities, and such their endeavors as would best serve the interest of the Alaskan Independence Party and the Alaskan People.

### 4.09 Senate District Meeting Attendance

For the convenience of the members in large House Senate Districts, House District meetings may be authorized by the Senate District Chair for voting by telephone, letter, or such other communications as would best serve the House Senate District Committee to conduct committee business.

### 4.10 Senate District Officer Elections

The election of all Senate District Officers shall require a majority vote of the Senate District Committee present or voting with a QUORUM required.

### 4.11 Duties of Senate District Vice Chair

The Senate District Vice Chair shall assume the duties of the Senate District Chair in the event of absence of the Senate District Chair at a meeting of the Senate District Committee. If a vacancy should occur in the office of Senate District Chair, the Senate District Vice Chair shall automatically become Chair and the Senate District Committee shall elect a new Vice Chair. The Vice Chair shall assist the Senate District Chair and Senate District Committee as directed.

### 4.12 Senate District Treasury Accounts

The State Treasurer may maintain a bank account in the name of the Senate District Committee and shall give a Senate District Treasurer's Report at the request of the Senate District Chair. The State Treasurer shall keep an accurate account of all funds received and of all authorized disbursements. The Senate District Committee shall authorize disbursements. The State Treasurer shall be the permanent Chair of the Senate District Finance Committee and shall be responsible for submitting all financial reports required by law in a timely manner as prescribed by law. The Senate District Committee shall establish such other duties and requirements for the Senate District Treasurer as may be necessary.

### 4.13 Duties of House District Chairs
The duties of the House District Chairs and House District Vice Chairs shall include, but not be limited to, the following:

- A) To familiarize themselves with the electorate in the House District they represent and to organize and maintain telephone numbers of the voters within the House District.
- B) To register new members to the Alaskan Independence Party.
- C) To work in fund raising efforts on behalf of the Senate District and State Committee.
- D) To assist the campaigns of candidates of the Alaskan Independence Party for elected public office.

E)  To serve as a delegate to all State Conventions held during their term of office and serve on such special convention committees as may be requested.
F)  Such other duties as may be requested by the Senate District Chair.

### 4.14 Voting Members of the Senate District

House District Chairs and House District Vice Chairs shall be voting members of the Senate District Committee and shall elect, from their Senate District, the Senate District Officers.

### 4.15 Senate District Chairs are voting members of the State Committee

All Senate District Chairs shall serve as voting members of the State Committee. Senate District Chairs and Senate District Vice Chairs may serve as State Officers or Chair of a Standing Committee if elected by the State Convention or the State Committee in accordance with these BYLAWS.

### 4.16 Duties of Senate District Secretary

The Senate District Secretary shall record the minutes of all meetings of the Senate District Committee and perform such other duties as may be required by these BYLAWS and by resolution of the Senate District Committee.

### 4.17 Temporary Appointments of Senate District Chairs

The State Chair, subject to confirmation by the executive committee is empowered to appoint temporary Senate District Chairs for the purpose of organizing a Senate District. The Senate District Chairs so appointed shall work separately and with the Organization and Registration Committee to organize the Senate District they represent in accordance with these BYLAWS. All appointed temporary Senate District Chair shall have the full powers accorded under these BYLAWS for a Senate District Committee Chair and shall serve for six (6) months only in accordance with these BYLAWS.

### 4.18 Duties of Temporary Senate District Chairs

All temporary Senate District Chairs appointed by the State Chair shall reside in the House Senate District they represent and shall be members of the Alaskan Independence Party. The first duty of a temporary Senate District Committee Chair shall be to organize House Districts within the Senate District and then hold Senate District Committee elections for Senate District Officers.

### 4.19 Executive Committee

The Alaskan Independence Party shall have an Executive Committee whose voting members shall include: State Chair, Two (2) State Co-Vice-Chairs, State Secretary, State Treasurer, Two (2) Regional Representatives from each of five (5) regions, and the State Parliamentarian. The State Council is a non-voting member of the Executive Committee. Each region shall consist of four (4) contiguous Senate Districts. The Regional Representatives will be elected from and serve at the pleasure of the regions' Senate District Chairs. A simple majority of the members of the Executive Committee is required to conduct Alaskan Independence Party business. In the event there are less than five (5) organized Senate Districts, the Executive Board may act as the State Committee provided the Senate District Chairman and Vice-Chairman are notified and at least 20% attend.

### 4.20 Regional Composition defined

Regional composition and organization shall be determined by the Senate Districts in that region.

### 4.21 Executive Committee Duties

The duties of the Executive Committee shall be to conduct party business when the State Committee is not in session.

### 4.22 Candidates for Public Office

All persons filing for election to Alaskan public office as a candidate of the Alaskan Independence Party shall be registered members of the Alaskan Independence Party at the time of filing. The Alaskan Independence Party reserves the right to endorse, and or support eligible candidates, or decline same, including financial support, to be determined after said candidate reviews the party platform and states his or her position on the individual planks. However, party funds or resources shall not be used in a primary election campaign to support one candidate of the Alaskan Independence Party over another. Neutrality of the party officials shall not prohibit party members from serving as staff or volunteer campaign workers for the candidate of individual preference.

### 4.23 Support of Candidates

In order to receive Party support, Candidates for public office must be registered as a member of the Alaskan Independence Party for a minimum of 30 (thirty) days prior to filing for public office as a candidate of the Alaskan Independence Party.

## Article V. STATE CONVENTION

State Conventions of the Alaskan Independence Party shall be called in the even years by the State Chair. The date, time, and location shall be fixed by a vote of the State Committee. Special Conventions may be called by the State Committee in accordance with these BYLAWS.

### 5.01 Purpose of State Convention

The purpose of the State Convention shall include, but not be limited to:

- A) To review, amend or revise the political platform of the Alaskan Independence Party.
- B) The election of State Party Officers.
- C) Revision or amendments to these BYLAWS. All revisions or amendments shall require a two thirds (2/3) vote of the convention delegates.
- D) To formulate plans for campaign financing and fund raising.
- E) To hold campaign planning sessions and strategy discussions. To conduct political campaign seminars for Senate District Committees, volunteer campaign workers, and candidates. The recruitment, encouragement and training of candidates for elected office in Alaska.
- F) To enhance and promote better communications, understanding, organizational and general information, and discussions on topics of interest to party members and all Alaskans. To formulate plans to better organize the Alaskan Independence Party and encourage more Alaskans to become members.
- G) To nominate the party's candidates for governor and lt. governor.

### 5.02 State Convention Delegates

Delegates to a State Convention shall be the following:

- A) All Senate District and House District Chairs and Vice Chairs.
- B) All persons holding elected public office and registered as Alaskan Independence Party.
- C) All State Officers of the Alaskan Independence Party and the Chair of any Standing State Committee.
- D) The State Committee may appoint 10 honorary delegates. However, honorary delegates shall not be accorded voting status unless registered as Alaskan Independence Party.
- E) Such other as the State Committee may establish to reward a Senate District for a certain percentage of votes for the Alaskan Independence Party's candidate for Governor of Alaska. The extra delegates so apportioned shall require a two thirds (2/3) vote of the State Committee. Any change to the number of delegates or the manner of apportionment that rewards a Senate District for a large vote for the Alaskan Independence Party's candidate for Governor shall require a two thirds (2/3) vote of the State Committee.

**5.03 Qualifications of Delegates**

All delegates to a State Convention shall be required to appear before the Credentials and Registration Committee prior to being seated. All delegates to be accorded voting status at a State Convention shall be registered members of the Alaskan Independence Party. Any challenge to a delegate's legality or status may be appealed to the State Committee in writing. The State Committee shall respond with a written decision. The Credentials and Registration Committee shall present to the State Chair the roll of registered delegates having voting status at the close of registration.

**5.04 Chair of Conventions**

The Chair of the Conventions, Special Events and Awards Committee shall appoint such special committees as are deemed necessary to plan, hold and conduct a State Convention. Such special committees shall include, but not be limited to, the following:

- A) Conventions and Agenda
- B) Hospitality and Convention Arrangements
- C) Publicity and Convention Information

**5.05 Sergeant-at Arms**

The State Chair shall appoint a Sergeant-at-Arms for the Convention and shall also have the authority to grant special privileges of the floor when deemed necessary.

**5.06 Meeting of State Committee Before Convention**

The State Committee shall meet prior to the opening of the State Convention for the following purposes:

- A) To review any proposed changes in these BYLAWS that are recommended by the Rules and Bylaws Committee.
- B) To resolve all delegate challenges and address such other disputes that effect the State Convention.
- C) Approval of the final State Convention Agenda.
- D) Review of special reports from Standing Committees for presentation to the State Convention. All special reports shall be submitted to the State Chair ten (10) days prior to the date set for a State Convention.
- E) Such other business as may be required for the State Convention.

**5.07 Special State Convention**

The State Committee may call for a Special State Convention at any time provided that thirty (30) days notice is given to all Senate District Committees. A call for a Special State Convention shall require a two thirds (2/3) vote of the State Committee with a QUORUM voting. All Special State Conventions shall have a limited agenda and specific purpose stated in the call for a Special State Convention.

**5.08 Use of Roberts Rules of Order**

Robert's Rules of Order, newly revised, shall be the rules of all State Conventions, except where superseded by these BYLAWS. Parliamentary authority on the interpretation of these BYLAWS and Robert's Rules of Order, newly revised, shall be the State Party Parliamentarian of the Alaskan Independence Party.

**5.09 2/3 Majority Required**

Adoption of these BYLAWS shall be by a two thirds (2/3) vote of a State Convention and shall supersede all other rules as the governing BYLAWS of the Alaskan Independence Party. Any revision or amendments to these BYLAWS shall require a two thirds (2/3) vote of a State Convention.