### 5.10 Election of State Party Officers

Election of State Party Officers shall occur toward the close of the State Convention. The current State Party Officers shall preside over the State Convention until the election of the new State Party Officers has been concluded. The State Chair, State Co-Vice Chair, State Treasurer, State Secretary, and the State Party Parliamentarian shall be the State Officers of the Alaskan Independence Party. The terms of office for each shall be two (2) years or until their successor has been elected in an even numbered year. Election of a State Party Officer shall require a majority vote of all delegates registered and voting. Nominations shall be made and seconded from the floor. All nominees shall be accorded equal time to address the State Convention after nominations are closed.

### 5.11 State Chair's Duty at Convention

The State Chair shall call to order the State Convention, request the roll call of the delegates, state the agenda, and may appoint a temporary Convention Chair. The State Chair may assume the State Convention Chair at any time.

### 5.12 Role of State Committee

Except when in State Convention, the State Committee shall be the governing body of the Alaskan Independence Party. However, the State Committee shall not undertake any action against the instructions of a State Convention or in violation of these BYLAWS. The State Committee shall appoint the Convention
Credentials and Registration Committee.

### 5.13 Candidates at Convention

Alaskan Independence Party candidates seeking state wide elected public office shall be accorded time to address the State Convention in person, telephonically, or by electronic means at the discretion of the Chair.

### 5.14 Preeminence of Alaska's Flag

The Flag of Alaska shall not be relegated to any secondary position or status at a State Convention or other official gathering of the Alaskan Independence Party. The opening of a State Convention shall include the playing of the Alaska Anthem as adopted by the Alaskan Independence Party.

### 5.15 Nomination of Candidates

In any election for public office where the Alaskan Independence Party is authorized by law to nominate a candidate, the State Committee shall be empowered to present a nominee in the name of the Alaskan Independence Party, or to reject any candidate not in compliance with these bylaws. Only those candidates endorsed by the Alaskan Independence Party may run as Alaskan Independence Party's candidates in the primary or general elections in the State of Alaska.

### 5.15.01 Nomination and Selection of the Party's Gubernatorial and Lt. Gubernatorial Candidates

The state committee shall present to the body of the biannual state convention any declared candidates for governor and lt. governor. The body will nominate candidates for the offices of governor and lt. governor of the State of Alaska.

### 5.15.02 Duties of the Candidates for Governor and Lt. Governor

Any party member who desires to represent the Alaskan Independence Party as a candidate for governor or lt. governor may be presented as a nominee before the State Convention if they

- A) Declare their candidacy with the State of Alaska 10 days prior to the convention
- B) Attend and present themselves to the body of the convention for approval by the body of the convention.
- C) Agree to the Alaskan Independence Party Platform by signature.

Exhibit __A__ page __7__ of __12__

Any candidate who fails to attend and present their candidacy at the State Convention may face a challenge by the party to the State of Alaska Division of Elections as failing to meet the party's requirements for candidacy under these bylaws.

### 5.16 Meeting of State Committee After Convention

The State Committee shall meet during or immediately after a regularly called State Convention to carry out the instructions of the State Convention, and requirements of these Bylaws.

### 5.17 Convention Fee

The State Committee shall set the registration fee for delegates to a State Convention.

### 5.18 Credentials and Badging of Delegates

The Credentials and Registration Committee shall issue badges to all delegates having voting status. Such badges shall be worn by the delegates when voting on the convention floor. Badges shall denote delegate's name and status that qualifies for delegate seating.

### 5.19 State Convention Quorum

The QUORUM for a State Convention shall be two thirds (2/3) of the delegates allowed under these BYLAWS from all organized District Committees. A District shall be determined organized when in compliance with Article 7.08 of these BYLAWS.

## Article VI. PARTY HEADQUARTERS

The location of the State Party Headquarters of the Alaskan Independence Party shall be at the discretion of the Party Chair. Regional offices of the Alaskan Independence Party may be approved by that region.

## Article VII. STATE COMMITTEE

The voting members of the State Committee of the Alaskan Independence Party shall be the following:

- A) All Senate District Chairs.
- B) The State Party Officers. (State Chair, State Co-Vice Chair, State Secretary, State Treasurer, and the State Parliamentarian.)
- C) The Chairs of all Standing Committees of the State Committee. (DEFINED SEC. 7.16)
- D) Any individual holding elected public office and registered as a member of the Alaskan Independence Party.

### 7.01 Scheduling of State Committee Meetings

The State Chair shall schedule and call meetings of the State Committee as often as is deemed necessary to properly conduct the affairs of the Alaskan Independence Party. The State Chair shall be the permanent Chair of the State Committee but may designate the State Vice Chair to conduct a meeting of the State Committee, or another meeting as designated.

### 7.02 Regional Meetings

For the convenience of the members of the State Committee, the State Chair may authorize regional meetings of the State Committee and voting by telephone, letter, or such other communications as would best serve the State Committee and the Alaskan Independence Party.

Exhibit A  page 8 of 12

### 7.03 Call of State Committee by Petition

For the convenience of the members of the State Committee, the State Chair may authorize regional meetings of the State Committee and voting by telephone, letter, or such other communications as would best serve the State Committee and the Alaskan Independence Party.

### 7.04 Preparation of Agenda for State Committee Meetings

The State Vice Chair and the State Secretary shall assist the State Chair in preparing the agenda for all State Committee meetings. The State Secretary shall give five (5) days minimum notice to all members of the State Committee. Notice shall state the date, time, location, and purpose of the meeting.

### 7.05 Quorum for State Committee

A QUORUM for a meeting of the State Committee of the Alaskan Independence Party shall be a majority of the members of the State Committee present or voting.

### 7.06 Minutes of State Committee Meetings

The State Secretary shall forward a copy of the minutes of the meeting of the State Committee to all Senate District Chairs within ten (10) days after such meeting upon request of the District Chairs.

### 7.07 Roberts Rules of Order

Meetings of the State Committee shall be conducted under Robert's Rule of Order, newly revised, and in accordance with these BYLAWS. The BYLAWS of the Alaskan Independence Party shall take precedence when in conflict with Robert's Rules of Order, newly revised, or any other rules, motions, or resolutions. The BYLAWS of the Alaskan Independence Party and/or Robert's Rules of Order, newly revised, may not be suspended at any meeting of the State or Senate District Committee.

### 7.08 Top Priority for Organization of Senate Districts

The State Chair and the State Committee shall maintain as a top priority the organization of any unorganized District. The State Committee shall recognize a Senate District as organized when fifty (50%) percent or more of the maximum allowable House District Chairs and House District Vice Chairs are serving on a Senate District Committee and the District Senate Committee has elected all four Senate District Officers.

### 7.09 One Vote per Person

No member shall be accorded more than one vote by virtue of holding a dual office or committee Chairmanship.

### 7.10 Special Committees

The State Chair, or the State Committee, shall be empowered to appoint such special committees as may be deemed necessary to best serve the Alaskan Independence Party and the people of Alaska.

### 7.11 Service of Special Committees

Chairs of all special committees shall serve at the pleasure of the State Chair.

### 7.12 Members of the Special Committee

Members of a special committee shall serve at the pleasure of the Chair of the special committee.

### 7.13 Appointing of Chairs and Confirmation

The State Chair shall fill, with the confirmation from the State Committee, any vacancy in a State Party Office if the vacancy occurs between State Conventions. The new State Party Officer so appointed shall serve until a successor has been elected in an even numbered year.

### 7.14 Chairs of State Committees

The State Committee shall elect by majority vote all Chairs of State Party Standing Committees during or immediately after a regularly called State Convention in an even numbered year. The term of office for a Chair of a State Party Standing Committee shall be two (2) years or until the next State Committee elections for Chairs of State Party Standing Committees are held following a regularly called State Convention.

### 7.15 Filling of Standing Committee Chair

The State Committee shall fill any vacancy for Chair of any State Party Standing Committee if the vacancy occurs between State Conventions. A majority vote of the State Committee shall be required to elect and the new Chair of a State Party Standing Committee shall serve until the next elections for Standing Committee Chairs are held in accordance with these BYLAWS.

### 7.16 State Standing Committees

Standing Committees of the Alaskan Independence Party shall be as follows:

- A) Organization and Registration Committee
- B) Rules and Bylaws Committee
- C) Finance Committee
- D) Public Relations Committee
- E) Conventions, Special Events and Award Committee
- F) Legislative and Legal Research Committee
- G) Alaskan Independence Party Historical Committee
- H) Alaska Economic Development Committee
- I) Webmaster

### 7.17 Frequency of Meeting

Standing Committees of the Alaskan Independence Party shall meet as often as is deemed necessary to properly conduct the affairs and business of the Standing Committee. Except as otherwise provided in these BYLAWS, the Chair of a Standing Committee shall appoint members to the Standing Committee and such members shall serve at the pleasure of the Chair of the Standing Committee.

### 7.18 Reports of Standing Committee

The Chair of any Standing Committee shall give reports on the affairs and business of the Standing Committee to the State Chair upon request.

### 7.19 Quorum for State Standing Committee Meetings

The QUORUM for a meeting of a Standing Committee shall be the Chair of the Standing Committee and a majority of the members of the Standing Committee. Standing Committees may meet informally in work sessions as may be deemed necessary by the Standing Committee Chair and without any QUORUM required. A QUORUM for a meeting of a Standing Committee shall only be required when the Standing Committee is to vote upon a recommendation to the State Committee.

### 7.20 Removal of Standing Committee Chair

Exhibit _A_ page _10_ of _12_

The removal of a Chair of a State Party Standing Committee shall be by majority vote of the entire State Committee and only after the Chair facing removal has been accorded the opportunity of addressing the State Committee concerning the charges or reason for removal.

### 7.21 Filling of Vacancy

Removal of a Chair of a State Party Standing Committee shall cause the State Committee to fill the vacancy in accordance with these BYLAWS.

### 7.22 Duties of State Party Standing Committee

The duties of a State Party Standing Committee shall be fixed by the State Committee and all Standing Committee Chairs shall work at the direction of the State Chair.

## Article VIII. SEVERABILITY

The various rules of the Alaskan Independence Party, including those relating to the primary elections, are severable. Any invalidity or enforceability of any rule or part thereof shall not affect the remainder of these Bylaws in any way.

### 8.01 Temporary Adoption of Rules

Between conventions of the Alaskan Independence Party, the State Committee may adopt temporary rules or clarifications that are necessary to insure that the bylaws and actions of the Alaskan Independence Party are consistent with state and federal law.

## Article IX. PRIMARY ELECTIONS

The Alaskan Independence Party believing in the principle of voting for the individual, does establish an open primary election which lists all parties' candidates for office.

### 9.01 Primary Election Electors

Any registered voter who has not voted another primary ballot may vote in the Alaskan Independence Party primary.

### 9.02 Non-Disqualification of Electors

The fact that a voter has voted in the Alaskan Independence Party Primary Election shall not disqualify that voter from voting in the primary election of any other political party or parties, where that voter's participation in the primary election of the Alaskan Independence Party is authorized or permitted by the rules of the other party, or by the statutes of the United States or the State of Alaska.

## Article X. ETHICS

The Alaskan Independence Party believes in a high standard of ethics

### 10.01 Elected Officials Employed by the Government

No serving state or government employee shall be allowed to hold State-wide other elected political office in Alaska under the auspices of the Alaskan Independence Party.

### 10.02 Declaration of Occupation and Employment

All candidates for political office must declare their actual occupation and employer on their campaign literature.

### 10.03 Conflict of Interest

Serving elected party members shall not engage in conduct which can be a conflict of interest with their elected office

### 10.04 Support Limitations

Any elected party member who is removed from office due to unethical conduct, or who, as an attorney, has been sanctioned for unethical conduct by the governing bar association or court, shall be barred from any party support.

## Article XI. MISCELLANEOUS

Terms implying or denoting gender in these bylaws or in any other official correspondence of the Alaskan Independence Party, such as Chair, Vice Chair, his, him, himself, and he, are used solely for brevity and ease of reference and are not to be construed as referring to any particular gender, masculine or feminine.

**END**