Paid for Alaska Libertarian Party, Inc. - Scott Kohlhaas, chair
PMB 373 - 205 E. Dimond Blvd. - Anchorage, AK 99515 - http://www.ak.lp.org

# A.L.P., INC. BYLAWS

ADOPTED IN CONVENTION - 13 May 1989. As amended in convention 20th July 1996, 28th June 1997, 20th May 1999 and 12th May 2001, by special vote of executive committee, 17th January 2004 and in convention 21st May 2005.

ARTICLE 1: EXECUTIVE COMMITTEE POWERS AND DUTIES:

The Executive Committee of the ALP shall:

A. take office immediately upon the close of the regular convention and serve thereafter until the adjournment of the next regular convention.

B. preside as officers at the next ALP convention.

C. be responsible for management and operation of the day-to-day affairs of the ALP, including but not limited to:

   1. endorsing Libertarian candidates, issues, or projects;

   2. encouraging and recognizing the establishment of local organizations;

   3. publicly disclaiming any statements by a member or group made publicly in the name of the ALP, if said statement is contrary to or in conflict with the Statement of Principles

   4. filling vacancies in the Executive Committee; and

   5. creating new standing committees as necessary;

D. meet at least three times a year outside the ALP convention with:

   1. at least ten days advance notice;

   2. a quorum being a simple majority of the Executive Committee members as provided for in Article II. Sections A-I, and 20 percent of the members provided for in Article II, Section J;

E. remove officers of the Executive Committee for malfeasance or nonperformance by a 3/4 vote of the total Executive Committee;

F. accept as nominations a list of volunteers submitted by affiliate parties and/or by member not affiliated with a local party and select on or before January 1, committee members by majority vote up to maximum of 10 for the following committees: Nominations, Constitution and Bylaws, and Platform.

G. shall nominate and appoint all representatives and officials provided for or required by the Alaska State Election Laws;

H. If a circumstance arises that demands immediate action for the well-being of the ALP, which is not provided for in the Bylaws, the Executive Committee shall, by a 2/3 vote of full committee, institute procedures to cover the action until the item will be addressed at the next regular ALP convention;

   1. by a majority vote, create or dissolve the position of State Executive Director of the ALP;

   2. by majority vote, set the salary, approve the budget, advertise and interview for the selection of the State Executive Director of the ALP.

ARTICLE II: EXECUTIVE COMMITTEE MEMBERS;

The Executive Committee members shall be composed of the following ALP members who shall have the powers and duties as follow:

   A. The Chairman shall:

      1. chair the meetings of the Executive Committee;

2

Exhibit B page 1 of 7

Paid for Alaska Libertarian Party, Inc. – Scott Kohlhaas, Chair
PMB 373 – 205 E. Dimond Blvd. – Anchorage, AK 99515 – http://www.ak.lp.org

2. execute programs adopted by the convention and the Executive Committee;

3. communicate with the local chairperson and ALP vice-chair at least once a month;

4. assist or coordinate statewide activities; and

5. act as immediate supervisor of the State Executive Director of the ALP, assign duties and evaluate the performance of the State Executive Director of the ALP. Report to the Executive Committee on the performance of the State Executive Director annually, on or before the anniversary date of the hiring of the State Executive Director;

6. Assume any other duties delegated by the Executive Committee.

B. The Vice Chairperson shall:

1. Maintain monthly communications with the National Libertarian Party and State affiliates;

2. publish a newsletter at least quarterly;

3. act as parliamentarian or appoint a parliamentarian;

4. assume any duties designated by the Chairperson;

5. maintain a speakers department and

6. maintain public relations and seek publicity;

7. assume any duties the Chairperson cannot assume.

C. The Secretary shall:

1. make committee assignments and assist committees in the preparation of their reports at the ALP convention;

2. keep minutes of all Executive Committee meetings, and furnish complete minutes of such meetings within 14 calendar days to all members of the Executive Committee;

3. keep an updated membership mailing list;

4. act as secretary for the ALP convention; and

5. maintain literature and educational materials;

6. assume any other duties delegated by the Executive Committee.

D. The Treasurer and Finance Chairperson shall:

1. act as Chairperson of the Finance Committee to:
   a. recommend methods of fundraising;
   b. prepare a recommended one-year budget;
   c. compile a report for presentation to the ALP convention;

2. raise and expend funds in accordance with Executive Committee policies;

3. keep financial records of all funds;

4. prepare and issue a financial report prior the ALP convention and each regular ALP executive committee meeting; and

5. assume any other duties delegated by the Executive Committee;

E. The Membership Chairperson shall:

1. assist affiliate parties in the recruitment and retention of members and promote new affiliate parties;

2. act as chairperson of the ALP Convention Credentials Committee to:
   a. register delegates and alternates;

3   Exhibit B page 2 of 7

Paid for by Alaska Libertarian Party, Inc. – Scott Kohlhaas, chair
PMB 373 – 205 E. Dimond Blvd. – Anchorage, AK 99515 – http://www.ak.lp.org

b. arbitrate disputed credentials;
c. compile a report for presentation at the convention;

3. keep a membership roll and distribute membership cards.

F. The Nominations Committee Chairperson shall:

1. act as chairperson of the Nominations Committee to:
   a. prepare nominations lists for
      i. Executive Committee members,
      ii. delegates to the National Libertarian Party convention,
      iii. certify convention site bids; and

G. The Constitution and Bylaws Committee Chairperson shall:

1. act as chairperson of the constitution and Bylaws Committee to:
   a. review the Constitution and Bylaws of the ALP and propose changes;
   b. compile a report for presentation to the ALP convention; and

2. assume any other duties delegated by the Executive Committee;

H. The Platform and Resolutions Committee Chairperson shall:

1. act as Chairperson of the Platform and Resolutions Committee to
   a. prepare an ALP platform;
   b. prepare resolutions to be taken to the National Libertarian Party Convention by ALP delegates;
   c. compile a report for presentation to the ALP convention.

I. Elections Committee Chairperson shall:

1. Act as chairperson of the Elections Committee;

2. Notify affiliate parties and local campaign committees of political candidate requirements and deadlines for filing;

3. Maintain legal information concerning regulation of political parties;

4. Act as coordinator between the ALP and endorsed candidates and their respective campaign committees;

5. Notify the ALP in a timely manner of the need to nominate or appoint election judges, election board members, representative for State Canvass, or any other official or representative provided for in the Alaska Election Laws;

6. Advise the Executive Committee of the ALP in writing of any Alaska Election Laws, existing or proposed that may discriminate against the ALP and propose remedies;

7. Present a report to the ALP convention.

J. The Chairperson of each affiliate party or its representative shall:

1. act as liaison between the State and local parties;

2. assume any other duties delegated by the Executive Committee.

K. Elected public officials who are ALP members shall, if they choose:

1. become de facto members of the Executive Committee;

2. assume any other duties delegated by the Executive Committee.

L. Each executive committee member shall have only one vote on the committee, even if such member holds more than one post.

M. The line of succession to the ALP chair's post, after the vice-chair, shall be as follows: Secretary, treasurer, membership, constitution/bylaws, platform, elections, chairs of affiliate parties ranked in descending order by length of service,

4

Exhibit B page 3 of 7.

Paid for by Alaska Libertarian Party, Inc. – Scott Kohlhaas, chair
PMB 373 – 205 E. Dimond Blvd. – Anchorage, AK 99515 – http://www.ak.lp.org

elected public officials who are ALP members and have chosen to become de facto members of the executive committee, ranked in the same manner.

ARTICLE III: STATE PARTY CONVENTION

A. The ALP Regular Convention shall:

1. Convene at a convention site other than the location of the previous convention in accordance with the Convention rules;

2. Convene no later than two months before the statutory deadline for candidates' filing for state-wide or national elections. This section applies for years in which a national or state-wide election occurs.

B. Non-Regular Convention shall:

1. be specially called when a 2/3 vote of affiliate organizations so demand, or by unanimous vote of the full Executive Committee;

2. Require a written notice to all ALP members no less than forty (40) days in advance.

ARTICLE IV: NOMINATIONS AND ELECTIONS

Nominations and elections shall be held in accordance with convention rules.

ARTICLE V: REMOVAL OF OFFICERS
Two-thirds vote of the total membership is required to remove an officer from office except as provided for in Article I. If any officer does not attend an executive committee meeting in six months, and does not communicate with the ALP executive committee in the same amount of time, the post may be considered vacated by a vote of the remaining executive committee.

ARTICLE VI: DEBT

The ALP executive committee shall operate on the basis of cash on hand, and shall not operate on the basis of anticipated funds, except that individual members who incur such debt on behalf of the ALP are individually and solely responsible for such debts.

ARTICLE VII: AFFILIATE PARTIES

Shall be defined as:

A. a group a ALP members from a city or village in Alaska wishing to affiliate with the ALP.

B. a group of 25 or more members from a city or village in Alaska which has an existing affiliate party;

C. Any group wishing to affiliate not included in the above two sections may do so with the approval of the Executive Committee.

ARTICLE VIII: MEMBERSHIP DUES AND MEMBERSHIP APPLICATION FORM

Annual ALP dues shall be collected on the ALP's behalf by the Libertarian National Committee, Inc. (hereinafter referred to as "LPUS") (who shall determine the membership dues schedule), and the ALP's portion of said dues shall be sent to the ALP by LPUS. The ALP membership application form shall be the membership application form of LPUS. Membership dues shall be paid first to LPUS, and all dues checks shall be payable to the order of "The Libertarian Party".

ARTICLE IX: CONVENTION RULES

RULE 1: Convention Host

1. The local organization hosting the convention shall be responsible for:

    a. convention arrangements and pre-registration procedures;

    b. any convention expenses and profits.

2. Convention site bids

    a. must be submitted by 12:00 midnight on the day of the ALP convention to the

5

Exhibit B page 4 of 7

Paid for by Alaska Libertarian Party, Inc. – Scott Kohlhaas, chair
PMB 373 – 205 E. Dimond Blvd. – Anchorage, AK 99515 – http://www.ak.lp.org

Nominations Committee on a form supplied by the Committee;

b. must be accompanied by a $100.00 filing fee (refundable);

c. Having not been received or should the accepted bid default, the site shall be selected by the Executive Committee.

RULE II: Rules of Order

1. The rules of order of the convention shall be "Robert's Rules of Order (Revised);

2. A quorum of the convention shall consist of 1/2 the certified delegates.

RULE III: Convention Delegates Qualifications

Convention delegates and their alternates must:

1. be ALP members at least one hour prior to start of initial business session;

2. have paid a registration fee.

RULE IV: Convention Delegate Duties

The convention delegates or their alternates

1. may nominate from the floor and elect

a. Executive Committee members;

b. delegates and alternates to the National Libertarian Party convention;

c. Region One Representative to National Committee;

d. Presidential electors;

2. may nominate from the floor candidates for statewide office;

3. may amend the constitution and Bylaws in accordance with the Constitution;

4. shall amend the Alaska Libertarian Party platform by plank by 2/3 vote of the delegates present at the scheduled business session; platform planks from prior year's platform not addressed by convention within time allotted for platform consideration will remain in the platform;

5. shall adopt any resolution by 2/3 vote of the delegates present at the scheduled business session;

6. may endorse issues or projects in keeping with Libertarian principles; and

7. may endorse Libertarian candidates.

RULE V: Nominations and Elections

1. Votes cast for "none of the Above" in any ALP election shall be considered valid and properly recorded. Should a majority of the votes be cast for "None of the Above" be selected for any position that position shall be declared vacant and none of the losing candidates for that position may be selected to fill the vacancy for that term of office.

2. State Executive Officers and Committee Chairpersons shall be nominated and elected by the general membership at the regular ALP convention. The initial slate of candidates in the first call for nominations shall be the list of all present executive committee members. Election shall be given the candidate for a particular office receiving a majority of the votes at the general membership meeting. A runoff will be held by dropping the candidate receiving the least number of votes until a candidate or "none of the above" receives a majority.

3. Delegates to Regular National Convention shall be nominated and elected by the general membership at the ALP convention. The nominees receiving the most votes within the numbers of delegates allowed by National shall be considered delegates, all others shall be designated as Alternates in order of total votes received and will move up the list as delegates cannot attend. In the event of a tie at the cutoff point, there shall be a runoff vote to determine order within the tie area. Ascension order in the event of a tie at the cutoff point, there shall be a runoff vote to determine order within the tie area. Ascension order in the event of ties below the cutoff point shall be determined by

Paid for by Alaska Libertarian Party, Inc. – Scott Kohlhaas, chair
PMB 373 – 205 E. Dimond Blvd. – Anchorage, AK 99515 – http://www.ak.lp.org

drawing lots. Region 1 representative and an alternate shall be nominated and elected by the general membership at the regular ALP convention. Election shall be given the candidate for a particular office receiving a majority of the votes at the general membership meeting. A runoff will be held by dropping the candidate receiving the least number of votes until a candidate or "None of the Above" receives a majority.

4. Presidential electors shall be nominated and elected by the general membership at the ALP Convention in the presidential election years. The nominees receiving the most votes within the designated number of electors shall be the Electors with the next as alternates in order of the total votes received and will move up the list as electors cannot participate. In the event of a tie at the cutoff point, there shall be a runoff vote to determine the order within the tie area. Ascension order in the event of ties below the cutoff point shall be determined by lot prior to adjournment of regular convention.

5. Candidates for National and Statewide offices shall be endorsed by the general membership at the regular ALP convention. Endorsement shall be given the Libertarian candidate for a particular office receiving a majority of the votes at the general membership meeting. A runoff will be held by dropping the candidate receiving the least numbers of votes until a candidate for "none of the above" receives a majority.

6. All candidates for nomination, election or endorsement under provisions of this article shall be ALP members.

7. Deleted and replaced by ARTICLE XI.

RULE VI: Order of Business

1. Call to order

2. Credentials Committee Report

3. Adopt Agenda

4. Constitution, Bylaws, and Rules Committee report

5. Platform Committee Report

6. Nominations

7. Elections

8. Other Business

RULE VII: SUBMISSIONS FOR VOTE AT CONVENTION.

Proposed resolutions, platform changes, constitution changes and bylaws changes to be considered for a vote in convention shall be submitted to the chair, in writing, no less than seventy-two hours before the start of convention. The only exceptions to this section are endorsements for political office candidates and endorsements for ballot initiatives.

ARTICLE X: DISSOLUTION CLAUSE

In the event that the ALP is dissolved, all tangible assets shall be distributed in equal portions to the Fully Informed Jury Association (currently with headquarters in Helmville, Montana) and to the International Society for Individual Liberty (currently with headquarters in San Francisco, California). If one of these two groups does not exist at the time of dissolution of the ALP, all tangible assets shall go to the remaining group. In the event that neither of these groups exist at the time of dissolution of the ALP, all tangible assets shall go to any other 501(c)3 corporation that the ALP executive committee shall choose. In no case shall any tangible assets be voluntarily given to any government entity.

Exhibit _B_ page _6_ of _7_

-7-

Paid for by Alaska Libertarian Party, Inc. – Scott Kohlhaas, Chair
PMB 373 – 205 E. Dimond Blvd. – Anchorage, AK 99515 – http://www.ak.lp.org

ARTICLE XI: PROCEDURE FOR SELECTION OF CANDIDATES FOR POLITICAL OFFICE.

a. The Alaska Libertarian Party maintains that primary elections are a waste of taxpayers' money, and serve only as free advertising for candidates in a process wherein, for all practical purposes, the winners have already been decided, or, as is often the case, only one candidate per political party is in a primary election for a given post. We have also seen examples of candidates undesirable to a given party winning the primary election. But, until that happy day when government-sponsored primaries are abolished, and we may nominate all our candidates at our own convention, we recognize the hard realities and expediencies of politics, and consent to have Libertarian candidates for elective public office appear on a primary ballot which has the following two characteristics:

   (1) The primary ballot also lists the candidates of all (or some) other political parties which are willing to have their candidates appear on a combined primary ballot; and

   (2) The primary ballot is available to any voter, regardless of party affiliation, who wishes to select that combined primary ballot, as long as that voter has not also selected a different primary ballot.

b. When it is not possible for Libertarian candidates to appear on a primary ballot which complies with the requirements set out above, the Alaska Libertarian Party will, whenever possible, have its candidates for elective public office appear on a primary ballot which has the following two characteristics:

   (1) The primary ballot also lists the candidates of all (or some) other political parties which are willing to have their candidates appear on a combined primary ballot; and

   (2) The primary ballot is available to any voter who wishes to select that combined primary ballot, as long as that voter has not also selected a different primary ballot, and is not registered as being affiliated with a political party which does not appear on the combined primary ballot.

c. When it is not possible for Libertarian candidates to appear on a primary ballot which complies with either of the alternatives set out above, the Alaska Libertarian Party executive committee shall choose between any primary ballots which may be available for Libertarian candidates.

d. The above applies to all contests for political office in which a primary election is involved. Nothing in this section shall be so construed to prevent the Alaska Libertarian Party from publicly endorsing a given Libertarian candidate, nor from disassociating from any candidate.

e. Candidates for president and vice president are selected in accordance with national party rules at national convention. The Alaska Libertarian Party shall furnish the State of Alaska division of elections with the names and other pertinent information of the candidates for president and vice president, as well as electors for these offices, in the manner specified by law.

**"30"**

Exhibit B    page 7 of 7

8