Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
(907) 277-3333 - phone
(907) 264-6666 - fax
kpjlaw@yahoo.com

Counsel for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKAN INDEPENDENCE PARTY, LINDA WINKELMAN, ALASKA LIBERTARIAN PARTY, INC., and SCOTT KOHLHAAS,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE OF ALASKA, DIVISION OF ELECTIONS; and LOREN LEMAN, Lieutenant Governor,<br><br>    Defendants. | ) ) ) ) ) ) **UNOPPOSED MOTION FOR** ) **ENLARGEMENT OF TIME** ) ) ) ) ) ) ) Case No. 3:06-CV-00040 TMB |

    The plaintiffs move for an enlargement of time to August 31, 2006, to file an opposition to defendants' motion to dismiss dated June 21, 2006. (Docket No. 8).

    The reason for this motion is to accommodate the schedules of the attorneys. Kenneth P. Jacobus will be absent from Alasks from July 8 through 16, and again from July 26 to August 1, 2006. Mike Barnhill will be absent from his office for a lengthy period of time in August, 2006. This case can be processed promptly when both attorneys are back in their offices. In addition, there will be no prejudice to the parties, the public interest, or the Court if this motion is granted.

    I have discussed this motion with Mike Barnhill, attorney for the defendants, who

stated that he does not oppose this motion.

DATED this 7th day of July, 2006

KENNETH P. JACOBUS, P.C.
Attorney for Plaintiffs

By /s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he mailed a true copy of this Motion for Enlargement of Time on July 7, 2006, to:

Mike Barnhill, AAG
Office of the Attorney General
P.O. Box 110300
Juneau AK 99811-0300

Kenneth P. Jacobus