Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
(907) 277-3333 - phone
(907) 264-6666 - fax
kpjlaw@yahoo.com

Counsel for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKAN INDEPENDENCE PARTY, LINDA WINKELMAN, ALASKA LIBERTARIAN PARTY, INC., and SCOTT KOHLHAAS,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF ALASKA, DIVISION OF ELECTIONS; and LOREN LEMAN, Lieutenant Governor,<br><br>Defendants. | )<br>)<br>)<br>)<br>) **PROPOSED ORDER GRANTING**<br>) **UNOPPOSED MOTION FOR**<br>) **ENLARGEMENT OF TIME**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00040 TMB |

The plaintiffs' motion for an enlargement of time to August 31, 2006, to file an opposition to defendants' motion to dismiss dated June 21, 2006, Docket No. 8, is **GRANTED**. This Opposition shall be served and filed not later than August 31, 2006.

DATED this _____ day of July, 2006

_____
United State District Judge