"An honest man can feel no pleasure in the excercise of power over his fellow citizens"
~ Thomas Jefferson



**Alaskan Independence Party
Contact List**

Alaskan Independence Party
P.O. Box 58462
Fairbanks, Alaska 99711
907-457-1884
Fax 907-488-1955

### AIP OFFICERS

| Position | Name | Town | Phone |
| --- | --- | --- | --- |
| Chairman | Lynette Clark | Fox | 907-457-1884 |
| Vice Chairman South | Mark Chryson | Memory Lake | 907-376-8285 |
| Vice Chairman North | Dexter Clark | Fox | 907-457-1884 |
| Secretary | Rita Leake | Fairbanks | |
| Parlimentarian | Dee Roberts | Fairbanks | 907-479-6375 |
| Treasurer | Linda Winkelman | North Pole | 907-488-4301 |

### 2006 AIP Approved Candidates

| | | | |
| --- | --- | --- | --- |
| Governor | Eddie Burke | Anchorage | 907-229-2287 |
| Lt. Governor | Doug Welton | Fairbanks | 907-452-6387 |
| House 33 | John G. "Ozzie" Osborne | Kenai | 907-283-5722 |
| House 33 | Bob Pope | Kenai | 907-262-2255 |

\*\* Other candidates who have filed under the AIP Banner have not met even minimal bylaw requirements and can not be listed on the official party site.

EXHIBIT B PAGE 1 OF 1

**Committee Chairmen and Special Appointments**