### Pledge of Honesty

- **Pledge of Honesty:** We want candidates who come with a bit of a warranty. Any candidates attempting to run as a Republican Moderate, without signing "Our Pledge of Honesty and Commitment to Abide By Our Party Principles" will be sued if necessary to remove them from our ballot and sued if necessary, to force them to step down if the Party ever finds that they have been dishonest, unethical, or strayed too far from our Party Principles. "Our pledge" is our candidate's "Badge of Honor."

   **So then, where do we stand on issues ???**
   In place of what other Parties call their "Party Platform" (their list of stances on specific issues that gets re-worked at every convention); the Republican Moderate Party will, over time, develop the equivalent of a body of law (Body of law defined as written positions on whether or not certain acts of Party Officers and/or, in the case of elected officials certain votes, complied with or violated their pledge to uphold our Party Principles and whether or not certain acts warrant discipline, expulsion, or, in case of repeated serious violations, removal from office.) It is our means of assuring voters and our membership that; (1.) the voting inclinations of our candidates come with a bit of warranty, (2.) that we as a Party will not be changing direction anytime soon, and (3.) all of future members are assured that they will have a mechanism of cleansing the bad apples from amongst the party of their choice should the need arise and their reasons so warrant. For more details, return to our home page.

- For questions contact **Ray Metcalfe**
  preferably by email at **RayinAK@aol.com**.
- **Republican Moderate Party, Inc.**
  P.O. Box 233809
  Anchorage, AK 99523
  Phone (907) 344-4514, Fax (907) 349-1735

This website and all graphics ©2005 Bill Fikes/webmusher and RMP inc.