general membership meeting. A runoff will be held by dropping the candidate receiving the least number of votes until a candidate or "None of the Above" receives a majority.

4. Presidential electors shall be nominated and elected by the general membership at the ALP Convention in the presidential election years. The nominees receiving the most votes within the designated number of electors shall be the Electors with the next as alternates in order of the total votes received and will move up the list as electors cannot participate. In the event of a tie at the cutoff point, there shall be a runoff vote to determine the order within the tie area. Ascension order in the event of ties below the cutoff point shall be determined by lot prior to adjournment of regular convention.

5. Candidates for National and Statewide offices shall be endorsed by the general membership at the regular ALP convention. Endorsement shall be given the Libertarian candidate for a particular office receiving a majority of the votes at the general membership meeting. A runoff will be held by dropping the candidate receiving the least numbers of votes until a candidate for "none of the above" receives a majority.

6. All candidates for nomination, election or endorsement under provisions of this article shall be ALP members.

ARTICLE XI: PROCEDURE FOR SELECTION OF CANDIDATES FOR POLITICAL OFFICE.

a. The Alaska Libertarian Party maintains that primary elections are a waste of taxpayers' money, and serve only as free advertising for candidates in a process wherein, for all practical purposes, the winners have already been decided, or, as is often the case, only one candidate per political party is in a primary election for a given post. We have also seen examples of candidates undesirable to a given party winning the primary election. But, until that happy day when government-sponsored primaries are abolished, and we may nominate all our candidates at our own convention, we recognize the hard realities and expediencies of politics, and consent to have Libertarian candidates for elective public office appear on a primary ballot which has the following two characteristics:

(1) The primary ballot also lists the candidates of all (or some) other political parties which are willing to have their candidates appear on a combined primary ballot; and

(2) The primary ballot is available to any voter, regardless of party affiliation, who wishes to select that combined primary ballot, as long as that voter has not also selected a different primary ballot.

b. When it is not possible for Libertarian candidates to appear on a primary ballot which complies with the requirements set out above, the Alaska Libertarian Party will, whenever possible, have its candidates for elective public office appear on a primary ballot which has the following two characteristics:

(1) The primary ballot also lists the candidates of all (or some) other political parties which are willing to have their candidates appear on a combined primary ballot; and

(2) The primary ballot is available to any voter who wishes to select that combined primary ballot, as long as that voter has not also selected a different primary ballot, and is not registered as being affiliated with a political party which does not appear on the combined primary ballot.

c. When it is not possible for Libertarian candidates to appear on a primary ballot which complies with either of the alternatives set out above, the Alaska Libertarian Party executive committee shall choose between any primary ballots which may be available for Libertarian candidates.

d. The above applies to all contests for political office in which a primary election is involved. Nothing in this section shall be so construed to prevent the Alaska Libertarian Party from publicly endorsing a given Libertarian candidate, nor from disassociating from any candidate.

e. Candidates for president and vice president are selected in accordance with national party rules at national convention. The Alaska Libertarian Party shall furnish the State of Alaska division of elections with the names and other pertinent information of the candidates for president and vice president, as well as electors for these offices, in the manner specified by law.

#### 4.22 Candidates for Public Office

All persons filing for election to Alaskan public office as a candidate of the Alaskan Independence Party shall be registered members of the Alaskan Independence Party at the time of filing. The Alaskan Independence Party reserves the right to endorse, and or support eligible candidates, or decline same, including financial support, to be determined after said candidate reviews the party platform and states his or her position on the individual planks. However, party funds or resources shall not be used in a primary election campaign to support one candidate of the Alaskan Independence Party over another. Neutrality of the party officials shall not prohibit party members from serving as staff or volunteer campaign workers for the candidate of individual preference.

#### 4.23 Support of Candidates

In order to receive Party support, Candidates for public office must be registered as a member of the Alaskan Independence Party for a minimum of 30 (thirty) days prior to filing for public office as a candidate of the Alaskan Independence Party.

Top

### Article V. STATE CONVENTION

State Conventions of the Alaskan Independence Party shall be called in the even years by the State Chair. The date, time, and location shall be fixed by a vote of the State Committee. Special Conventions may be called by the State Committee in accordance with these BYLAWS.

#### 5.01 Purpose of State Convention

The purpose of the State Convention shall include, but not be limited to:

    G. To nominate the party's candidates for governor and lt. governor.

#### 5.13 Candidates at Convention

Alaskan Independence Party candidates seeking state wide elected public office shall be accorded time to address the State Convention in person, telephonically, or by electronic means at the discretion of the Chair.

#### 5.15 Nomination of Candidates

In any election for public office where the Alaskan Independence Party is authorized by law to nominate a candidate, the State Committee shall be empowered to present a nominee in the name of the Alaskan Independence Party, or to reject any candidate not in compliance with these bylaws. Only those candidates endorsed by the Alaskan Independence Party may run as Alaskan Independence Party's candidates in the primary or general elections in the State of Alaska.

#### 5.15.01 Nomination and Selection of the Party's Gubernatorial and Lt. Gubernatorial Candidates

The state committee shall present to the body of the biannual state convention any declared candidates for governor and lt. governor. The body will nominate candidates for the offices of governor and lt. governor of the State of Alaska.

#### 5.15.02 Duties of the Candidates for Governor and Lt. Governor

Any party member who desires to represent the Alaskan Independence Party as a candidate for governor or lt. governor may be presented as a nominee before the State Convention if they:

    A. Declare their candidacy with the State of Alaska 10 days prior to the convention.
    B. Attend and present themselves to the body of the convention for approval by the body of the convention.
    C. Agree to the Alaskan Independence Party Platform by signature.

### ARTICLE XI PRIMARY ELECTIONS

#### Section 1: Eligible Voters
Only registered Republicans, registered Independents, and those who state no preference of party affiliation shall be allowed to vote in the Republican Primary Election for Governor, Lieutenant Governor, US Senator, US Representative, and members of the State Legislature.

#### Section 2: Republican Designation
No person may use the word Republican on any ballot or in any campaign as part of a description of himself as a candidate unless that person is an ARP candidate, selected according to ARP Rules.

#### Section 3: Maximize Voter Participation in Primary Elections
(a) Any voter qualified to vote in the Republican Party primary may vote in that election, regardless of whether or not that voter has voted in the primary election of any other party.
(b) The fact that a voter has voted in the Republican Party primary election shall not disqualify that voter from voting in the primary election of any other political party or parties, where that voter's participation in the primary election of other parties is authorized or permitted by the rules of the other party or parties, or the statutes of the United States or the State of Alaska.

#### Section 4: Modification to Primary System
The SCC, or the SEC in the event that there is insufficient time to convene the SCC, may adopt any and all additional rules, regulations, interpretations, clarifications, and the like, which are necessary or desirable to implement the Republican primary election in accord with other rules adopted at this Special Convention, and pursuant to Art XIII. Any action taken by the Central or Executive Committee under the provisions of this rule shall have the same force and effect as if adopted by this convention.

#### Section 5: Prior Registration Requirement
In order to be a candidate in any Republican Party primary election, a person must have been a registered voter of the Alaska Republican Party for a continuous period of six (6) months immediately prior to the filing deadline for the primary election. The SCC for statewide candidates and the district committee for district candidates may, by a 2/3 vote of each organized committee involved, waive this rule for specific candidates when they determine such action to be in the best interests of the Republican Party.