Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
(907) 277-3333 - phone
(907) 264-6666 - fax
kpjlaw@yahoo.com

Counsel for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKAN INDEPENDENCE PARTY, LINDA WINKELMAN, ALASKA LIBERTARIAN PARTY, INC., and SCOTT KOHLHAAS,<br><br>  Plaintiffs,<br><br>vs.<br><br>STATE OF ALASKA, DIVISION OF ELECTIONS; and LOREN LEMAN, Lieutenant Governor,<br><br>  Defendants. | ) <br> ) <br> ) <br> ) <br> ) **PROPOSED** <br> ) **ORDER DENYING MOTION** <br> ) **TO DISMISS** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:06-CV-00040 TMB |

This Court having considered the Motion to Dismiss of the State of Alaska dated June 21, 2006,

**IT IS ORDERED**, as follows:

1. The Motion to Dismiss of the State of Alaska is **DENIED**.

2. AS 15.25.030 is unconstitutional in its entirety because it unconstitutionally burdens the First Amendment associational rights of Alaskan political parties and their members by authorizing candidates to place their names on a primary election ballot, and advance to the general election by doing so and winning the primary election, notwithstanding that party's own preference and in a manner that might prevent that party from having an acceptable candidate for a particular office on the general election ballot.

3. This order recognizes the Constitutional invalidity of AS 15.25.030 at least since the

2004 election, but shall have prospective effect only, and shall have no effect on the results of any Alaskan primary election which took place prior to the date of this order.

4. For future primary elections, a candidate's name may be placed on the ballot by the State as a candidate of a political party if and only if that candidate receives the approval of the respective party to have that name placed on the ballot as that party's candidate, such approval to be granted in a manner provided by the applicable rules or bylaws of each political party.

5. The State of Alaska shall not conduct primary elections in the future which are not in compliance with this order and the unconstitutionality of AS 15.25.030.

6. The State of Alaska shall adopt appropriate regulations and file these regulations with the Justice Department for preclearance to allow the implementation of this order for the next Alaska primary election.

Dated this _____ day of September, 2006.

_____
United States District Judge

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333