Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
(907) 277-3333 - phone
(907) 264-6666 - fax
kpjlaw@yahoo.com

Counsel for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKAN INDEPENDENCE PARTY, LINDA WINKELMAN, ALASKA LIBERTARIAN PARTY, INC., and SCOTT KOHLHAAS,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE OF ALASKA, DIVISION OF ELECTIONS; and LOREN LEMAN, Lieutenant Governor,<br><br>    Defendants. | ) ) ) ) ) ) ) **MOTION FOR** ) **SUMMARY JUDGMENT** ) ) ) ) ) ) ) Case No. 3:06-CV-00040 TMB |

  The plaintiffs move for summary judgment in this matter. This motion is virtually identical to the opposition to the Motion to Dismiss of the State of Alaska dated June 21, 2006, filed at Docket #12.

  As a preliminary matter, the Alaskan Independence Party (AIP) can easily identify primary election candidates to which it objected. One of them even won, however this factor is not necessary to create standing or a case or controversy. In the 2004 primary, Dan DeNardo ran as an AIP candidate for Governor of Alaska, over the objection of the AIP. This candidacy, and the efforts of the AIP to disavow it, are presently the subject of State Court litigation, <u>DeNardo v. Winkelman, Skuza and Alaskan Independence Party</u>, Alaska Superior Court 3AN-05-9352 CI. In this case, DeNardo seeks $10,000,000.00 from the AIP and its chariman and vice chairman for their actions on behalf of their party in opposing the 2004 DeNardo AIP candidacy. (See Complaint, Exhibit A)

In the 2006 primary, the AIP nominated, by convention, Eddie Burke and Douglas Welton as its candidates for governor and lieutenant governor, respectively. (See AIP webpage, downloaded today, Exhibit B) Two candidates ran as AIP candidates against the nominated AIP candidate for governor. As set forth on the web page, they did not even meet the minimal bylaw requirements to run as AIP candidates. These were Don Wright and Dan DeNardo (again). Don Wright, the AIP usurper who ran for U.S. Senate as a Democrat in 2004, beat the AIP nominated candidate for governor. (See Election Results, Exhibit C) The Democrat political philosophy is about as far away as one can get from the AIP philosophy. In other words, a Democrat representing the AIP is ridiculous. It must be noted that Mr. Wright also ran as an AIP candidate for governor in 2002, and as a Democrat candidate for U.S. Senate in 1998. Apparently Mr. Wright has no real political philosophy at all, other than expediency.

This issue did not arise for the Alaska Libertarian Party in the 2006 primary election. In the only Libertarian Party contested primary, for Governor between Alexander Crawford and Sol Gerstenfeld, (see Exhibit C) both candidates filed their declarations right before the filing deadline, and after the Libertarian Party candidate nominating convention.

The 2006 primary election for U.S. Representative must have been interesting for the Democrats, although the plaintiffs cannot state what objections the Democrat Party might or might not have had. The winner, Diane Benson (17029 votes unofficial as of 8/22/06), ran for lieutenant governor as a Green Party candidate in 2002. The second vote getter, Ray Metcalfe (14816 votes), is one of the founders of the Republican Moderate Party, and has run as a Republican Moderate Party Candidate for House District 29 in 2002, House District 17 in 2000, and Governor in 1998. (See Exhibit C) He apparently is still a Republican Moderate, however, as shown by his name on the Republican Moderate Party's "Pledge of Honesty" (interesting oxymoron) downloaded today from the Republican Moderate Party website. (See Exhibit D) Frank Vondersaar, the only real Democrat in the race, who ran as a Democrat for U.S. Representative in 2004 and U.S. Senate in 2002 and 1998, came in a far distant third with only

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

1851 votes. At the very least, the 2006 Democrat primary for U.S. Representative, clearly illustrates the total idiocy of the present "candidate self designation" Alaska primary election.

Plaintiffs and other Alaskan political parties desire to control the selection of their candidates and have adopted rules to do so. (See Various Party rules, Exhibit E) In fact, the AIP nominated Eddie Burke and Douglas Welton, as its candidates for governor and lieutenant governor, respectively, at its convention on May 6, 2006.

Unfortunately for the political parties, AS 15.25.030 allows candidates to declare themselves as candidates of political parties for political office in Alaska, even though these candidacies were objectionable to the political parties involved. This statute is clearly unconstitutional because it allows ballot access to candidates who declare that they are candidates of a political party, but are not nominated or endorsed by the party, and in fact may be greatly objectionable to the party. In fact, as recognized by the State of Alaska in its motion at page 9, the State even removed the oath of party loyalty from the declaration process by Section 3, 1333 S.L.A. 1977.

The resolution of this case is rather simple at this point. This case is governed by Washington State Republican Party v. State of Washington, (9th Cir., August 22, 2006). This case specifically holds that the Washington Initiative 872 primary election unconstitutionally burdens the state political parties" rights of free political association by permitting candidates to identify their party "preference" on the ballot, notwithstanding that party's own preference. Allowing this "has the potential to force a party into an unwanted association with a candidate who may be anathema to everything the party stands for." In fact, in Alaska, this happens with regularity. The case also recognizes that the State may require parties to use the primary format to select their nominees for the general election ballot. California Democratic Party v. Jones, 530 U.S. 567, 572 (2000). However, the State may not allow candidates to participate in the primary election as candidates of a political party who are not the candidates of the party itself.

What Alaska is doing is no different from what was done in the Washington

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

3

primary system just rejected by the Court of Appeals for the Ninth Circuit in <u>Washington State Republican Party</u>. The motion for summary judgment should be granted, and the proposed order entered. This order recognizes the previous unconstitutionality of AS 15.25.030, but provides relief which is prospective only, and protects the results of previous elections. It invalidates AS 15.25.030 in its entirety because the constitutional validity affects the entire statute. It provides that the parties shall use their own rules and bylaws to select their own candidates for the primary election ballot. Finally, it provides necessary implementation provisions.

DATED this 2nd day of September, 2006

KENNETH P. JACOBUS, P.C.
Attorney for Plaintiffs

By /s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he
mailed a true copy of this Motion
and Proposed Order on September 2, 2006, to:

Mike Barnhill, AAG
Office of the Attorney General
P.O. Box 110300
Juneau AK 99811-0300

_____
Kenneth P. Jacobus