# STATE OF ALASKA - 2006 PRIMARY ELECTION
## AUGUST 22, 2006
### UNOFFICIAL RESULTS

Date: 08/24/2006
Time: 06:48:36 PM
Page: 1 of 8

Registered Voters 459364 - Cards Cast 141205   30.74%        Num. Report Precinct 439 - Num. Reporting 438   99.77%

### US REPRESENTATIVE (C) — COM

| | | Total | |
|---|---|---|---|
| Number of Precincts | | 439 | |
| Precincts Reporting | | 438 | 99.8 % |
| Times Counted | | 48802/459364 | 10.6 % |
| Total Votes | | 42122 | |
| BENSON, DIANE E. | DEM | 17029 | 40.43% |
| CRAWFORD, ALEXANDER | LIB | 2726 | 6.47% |
| GERSTENFELD, SOL L. | LIB | 591 | 1.40% |
| HYDE, TODD | DEM | 2083 | 4.95% |
| INCE, EVA L. | GRN | 3026 | 7.18% |
| METCALFE, RAY | DEM | 14816 | 35.17% |
| VONDERSAAR, FRANK | DEM | 1851 | 4.39% |

### US REPRESENTATIVE (R) — REP

| | | Total | |
|---|---|---|---|
| Number of Precincts | | 439 | |
| Precincts Reporting | | 438 | 99.8 % |
| Times Counted | | 90907/459364 | 19.8 % |
| Total Votes | | 71821 | |
| YOUNG, DON E. | REP | 71821 | 100.00% |

### GOVERNOR (C) — COM

| | | Total | |
|---|---|---|---|
| Number of Precincts | | 439 | |
| Precincts Reporting | | 438 | 99.8 % |
| Times Counted | | 48802/459364 | 10.6 % |
| Total Votes | | 47287 | |
| BURKE, EDDIE | AI | 740 | 1.56% |
| CROFT, ERIC | DEM | 10681 | 22.59% |
| DeNARDO, DANIEL | AI | 348 | 0.74% |
| KNOWLES, TONY | DEM | 32617 | 68.98% |
| LEMKE, BRUCE J. | DEM | 628 | 1.33% |
| MASSIE, DAVID M. | GRN | 771 | 1.63% |
| TOIEN, WILLIAM S. "B | LIB | 475 | 1.00% |
| WRIGHT, DON R. | AI | 1027 | 2.17% |

### GOVERNOR (R) — REP

| | | Total | |
|---|---|---|---|
| Number of Precincts | | 439 | |
| Precincts Reporting | | 438 | 99.8 % |
| Times Counted | | 90907/459364 | 19.8 % |
| Total Votes | | 90398 | |
| BINKLEY, JOHN | REP | 27066 | 29.94% |
| HEIKES, GERALD L. "J | REP | 241 | 0.27% |
| HLATCU, MERICA | REP | 183 | 0.20% |
| MURKOWSKI, FRANK H. | REP | 17014 | 18.82% |
| PALIN, SARAH H. | REP | 45894 | 50.77% |

### LIEUTENANT GOVERNOR (C) — COM

| | | Total | |
|---|---|---|---|
| Number of Precincts | | 439 | |
| Precincts Reporting | | 438 | 99.8 % |
| Times Counted | | 48802/459364 | 10.6 % |
| Total Votes | | 44464 | |
| BERKOWITZ, ETHAN A. | DEM | 25247 | 56.78% |
| MIRABAL, ROBERT D. | LIB | 1128 | 2.54% |
| OLSON, DONALD C. | DEM | 8104 | 18.23% |
| ROLLINS, BETTY | DEM | 5014 | 11.28% |
| ROLLISON, KAY L. | DEM | 2091 | 4.70% |
| WELTON, DOUGLAS L. | AI | 2880 | 6.48% |

### LIEUTENANT GOVERNOR (R) — REP

| | | Total | |
|---|---|---|---|
| Number of Precincts | | 439 | |
| Precincts Reporting | | 438 | 99.8 % |
| Times Counted | | 90907/459364 | 19.8 % |
| Total Votes | | 78506 | |
| PARNELL, SEAN R. | REP | 45078 | 57.42% |
| WARD, JERRY | REP | 33428 | 42.58% |

### SENATE DISTRICT B (C) — COM

| | | Total | |
|---|---|---|---|
| Number of Precincts | | 16 | |
| Precincts Reporting | | 16 | 100.0 % |
| Times Counted | | 4090/24094 | 17.0 % |
| Total Votes | | 3632 | |
| ELTON, KIM | DEM | 3632 | 100.00% |

### SENATE DISTRICT B (R) — REP

| | | Total | |
|---|---|---|---|
| Number of Precincts | | 16 | |
| Precincts Reporting | | 16 | 100.0 % |
| Times Counted | | 4526/24094 | 18.8 % |
| Total Votes | | 2775 | |
| MEINERS, HERMAN M., | REP | 2775 | 100.00% |

### SENATE DISTRICT D (C) — COM

| | | Total | |
|---|---|---|---|
| Number of Precincts | | 22 | |
| Precincts Reporting | | 22 | 100.0 % |
| Times Counted | | 3251/26528 | 12.3 % |
| Total Votes | | 2931 | |
| BRAUN, DAVID P. | GRN | 624 | 21.29% |
| THOMAS, JOE J. | DEM | 2307 | 78.71% |

### SENATE DISTRICT D (R) — REP

| | | Total | |
|---|---|---|---|
| Number of Precincts | | 22 | |
| Precincts Reporting | | 22 | 100.0 % |
| Times Counted | | 6465/26528 | 24.4 % |
| Total Votes | | 4482 | |
| SEEKINS, RALPH C. | REP | 4482 | 100.00% |

C page 1 of 3 pages

### STATE OF ALASKA - 2004 PRIMARY ELECTION
### AUGUST 24, 2004
### OFFICIAL RESULTS

Date: 09/14/04
Time: 21:32:16
Page: 1 of 8

Registered Voters 457825 - Cards Cast 129145   28.21%          Num. Report Precinct 439 - Num. Reporting 439   100.00%

| US SENATE (C) | C | Total |
|---|---|---|
| Number of Precincts | | 439 |
| Precincts Reporting | | 439 |
| Times Counted | | 2612/457825 |
| Total Votes | | 2502 |
| KOHLHAAS, SCOTT A. | LIB | 373 |
| SANDERS, JERRY | AI | 1068 |
| SYKES, JIM | GRN | 788 |
| DeNARDO, DANIEL | AI | 273 |

| US SENATE (D-C) | DC | Total |
|---|---|---|
| Number of Precincts | | 439 |
| Precincts Reporting | | 439 |
| Times Counted | | 47140/457825 |
| Total Votes | | 46601 |
| WRIGHT, DON R. | DEM | 1080 |
| OBERMEYER, THERESA N | DEM | 1045 |
| KNOWLES, TONY | DEM | 40881 |
| KOHLHAAS, SCOTT A. | LIB | 402 |
| SANDERS, JERRY | AI | 885 |
| SYKES, JIM | GRN | 2080 |
| DeNARDO, DANIEL | AI | 228 |

| US SENATE (R) | REP | Total |
|---|---|---|
| Number of Precincts | | 439 |
| Precincts Reporting | | 439 |
| Times Counted | | 79393/457825 |
| Total Votes | | 78628 |
| MILLER, MIKE | REP | 29313 |
| MURKOWSKI, LISA | REP | 45710 |
| SHEA, WEV | REP | 2857 |
| DORE, JIM | REP | 748 |

| US REPRESENTATIVE (C) | C | Total |
|---|---|---|
| Number of Precincts | | 439 |
| Precincts Reporting | | 439 |
| Times Counted | | 2612/457825 |
| Total Votes | | 2386 |
| ANDERS, ALVIN A. | LIB | 1325 |
| FELLER, TIMOTHY A. | GRN | 1061 |

| US REPRESENTATIVE (D-C) | DC | Total |
|---|---|---|
| Number of Precincts | | 439 |
| Precincts Reporting | | 439 |
| Times Counted | | 47140/457825 |
| Total Votes | | 38864 |
| VONDERSAAR, FRANK | DEM | 9025 |
| ANDERS, ALVIN A. | LIB | 2822 |
| HIGGINS, THOMAS | DEM | 14109 |
| MILES, DAE | DEM | 6479 |
| FELLER, TIMOTHY A. | GRN | 6429 |

| US REPRESENTATIVE (R) | REP | Total |
|---|---|---|
| Number of Precincts | | 439 |
| Precincts Reporting | | 439 |
| Times Counted | | 79393/457825 |
| Total Votes | | 70142 |
| YOUNG, DON | REP | 70142 |

| SENATE DISTRICT A (D-C) | DC | Total |
|---|---|---|
| Number of Precincts | | 17 |
| Precincts Reporting | | 17 |
| Times Counted | | 1671/22236 |
| Total Votes | | 1342 |
| LANDIS, DAVID F. | DEM | 1342 |

| SENATE DISTRICT A (R) | REP | Total |
|---|---|---|
| Number of Precincts | | 17 |
| Precincts Reporting | | 17 |
| Times Counted | | 3194/22236 |
| Total Votes | | 2700 |
| STEDMAN, BERT K. | REP | 2700 |

| SENATE DISTRICT C (D-C) | DC | Total |
|---|---|---|
| Number of Precincts | | 64 |
| Precincts Reporting | | 64 |
| Times Counted | | 3436/21195 |
| Total Votes | | 3243 |
| KOOKESH, ALBERT M. | DEM | 2287 |
| HENRICHS, ROBERT J. | DEM | 956 |

| SENATE DISTRICT C (R) | REP | Total |
|---|---|---|
| Number of Precincts | | 64 |
| Precincts Reporting | | 64 |
| Times Counted | | 2761/21195 |
| Total Votes | | 2306 |
| MORGAN, CARL M., JR. | REP | 2306 |

| SENATE DISTRICT E (D-C) | DC | Total |
|---|---|---|
| Number of Precincts | | 14 |
| Precincts Reporting | | 14 |
| Times Counted | | 1969/24531 |
| Total Votes | | 1571 |
| ALLEE, RITA T. | DEM | 1571 |

| SENATE DISTRICT E (R) | REP | Total |
|---|---|---|
| Number of Precincts | | 14 |
| Precincts Reporting | | 14 |
| Times Counted | | 3555/24531 |
| Total Votes | | 3068 |
| WILKEN, GARY R. | REP | 3068 |

EXHIBIT C PAGE 2 OF 3

# Election Summary Report
## State of Alaska Primary '98
### OFFICIAL RESULTS

Date: 10/30/98
Time: 15:11:39
Page: 1 of 5

### U.S. SENATOR

| | | | |
|---|---|---|---|
| Precincts Reporting | | 453/453 | 100.00% |
| Ballots Cast/Reg. Voters | | )906/446200 | 24.63% |
| Total Votes | | 106808 | |
| VONDERSAAR, FRANK | DEM | 6342 | 5.94% |
| GOTTLIEB, JEFFREY | GRN | 4796 | 4.49% |
| SONNEMAN, JOSEPH | DEM | 10721 | 10.04% |
| KOHLHAAS, SCOTT | LIB | 1987 | 1.86% |
| MURKOWSKI, FRANK | REP | 76649 | 71.76% |
| HALE, WILLIAM L. | REP | 6313 | 5.91% |

### U.S. REPRESENTATIVE

| | | | |
|---|---|---|---|
| Precincts Reporting | | 453/453 | 100.00% |
| Ballots Cast/Reg. Voters | | )906/446200 | 24.63% |
| Total Votes | | 107990 | |
| PECHEK, STUART | DEM | 4286 | 3.97% |
| YOUNG, DON | REP | 65987 | 61.10% |
| DORE, JIM | REP | 7376 | 6.83% |
| DUNCAN, JIM | DEM | 27685 | 25.64% |
| GRAMES, JOHN | GRN | 2656 | 2.46% |

### GOV

| | | | |
|---|---|---|---|
| Precincts Reporting | | 453/453 | 100.00% |
| Ballots Cast/Reg. Voters | | )906/446200 | 24.63% |
| Total Votes | | 109057 | |
| LINDAUER, JOHN | REP | 25070 | 22.99% |
| METCALFE, RAY | MOD | 1157 | 1.06% |
| WRIGHT, DON | DEM | 1494 | 1.37% |
| GIGLER, ROBERT | AI | 339 | 0.31% |
| ANDERSON, NELS JR. | DEM | 3387 | 3.11% |
| HALDANE, HAROLD | AI | 466 | 0.43% |
| TAYLOR, ROBIN | REP | 17679 | 16.21% |
| ROSS, WAYNE | REP | 17445 | 16.00% |
| KNOWLES, TONY | DEM | 38788 | 35.57% |
| SULLIVAN, SYLVIA | AI | 981 | 0.90% |
| SYKES, JIM | GRN | 2251 | 2.06% |

### LT. GOV.

| | | | |
|---|---|---|---|
| Precincts Reporting | | 453/453 | 100.00% |
| Ballots Cast/Reg. Voters | | )906/446200 | 24.63% |
| Total Votes | | 106244 | |
| ULMER, FRAN | DEM | 44998 | 42.35% |
| HARRISON, DAVID | AI | 2923 | 2.75% |
| HOLMES, DOYLE | REP | 5764 | 5.43% |
| SMITH, DON | REP | 8230 | 7.75% |
| WARD, JERRY | REP | 28261 | 26.60% |
| WINN, DAN | GRN | 2006 | 1.89% |
| BAXLEY, CLYDE | MOD | 973 | 0.92% |
| COLLINS, VIRGINIA | REP | 13089 | 12.32% |

### SENATE DIST. B

| | | | |
|---|---|---|---|
| Precincts Reporting | | 19/19 | 100.00% |
| Ballots Cast/Reg. Voters | | 9222/24015 | 38.40% |
| Total Votes | | 9136 | |
| ABEL, DON | REP | 2838 | 31.06% |
| CAMPBELL, McKIE | REP | 2342 | 25.63% |
| ELTON, KIM | DEM | 3956 | 43.30% |

### SENATE DIST. D

| | | | |
|---|---|---|---|
| Precincts Reporting | | 23/23 | 100.00% |
| Ballots Cast/Reg. Voters | | 5778/23325 | 24.77% |
| Total Votes | | 4405 | |
| TORGERSON, JOHN | REP | 4405 | 100.00% |

### SENATE DIST. F

| | | | |
|---|---|---|---|
| Precincts Reporting | | 14/14 | 100.00% |
| Ballots Cast/Reg. Voters | | 5126/22623 | 22.66% |
| Total Votes | | 3919 | |
| PEARCE, DRUE | REP | 3919 | 100.00% |

### SENATE DIST. H

| | | | |
|---|---|---|---|
| Precincts Reporting | | 14/14 | 100.00% |
| Ballots Cast/Reg. Voters | | 3420/20649 | 16.56% |
| Total Votes | | 3216 | |
| ELLIS, JOHNNY | DEM | 2132 | 66.29% |
| FREITAS, LEONARD | REP | 392 | 12.19% |
| PETERSEN, JARED | REP | 692 | 21.52% |

### SENATE DIST. J

| | | | |
|---|---|---|---|
| Precincts Reporting | | 14/14 | 100.00% |
| Ballots Cast/Reg. Voters | | 4908/22900 | 21.43% |
| Total Votes | | 4489 | |
| DONLEY, DAVE | REP | 3466 | 77.21% |
| LAMB, TOM | AI | 1023 | 22.79% |

### SENATE DIST. L

| | | | |
|---|---|---|---|
| Precincts Reporting | | 9/9 | 100.00% |
| Ballots Cast/Reg. Voters | | 3256/21834 | 14.91% |
| Total Votes | | 2608 | |
| PHILLIPS, RANDY | REP | 2608 | 100.00% |

### SENATE DIST. N

| | | | |
|---|---|---|---|
| Precincts Reporting | | 20/20 | 100.00% |
| Ballots Cast/Reg. Voters | | 8138/27627 | 29.46% |
| Total Votes | | 7958 | |
| MASSAY, GLENN | DEM | 3613 | 45.40% |
| GREEN, LYDA | REP | 4345 | 54.60% |

EXHIBIT C PAGE 3 OF 3 PAGES