Michael A. Barnhill, Esq.
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811
(907) 465-4118  phone
(907) 465-6735  facsimile
Mike_Barnhill@law.state.ak.us

Counsel for Defendants

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKAN INDEPENDENCE PARTY, LINDA WINKELMAN, ALASKA LIBERTARIAN PARTY, INC., and SCOTT KOHLHAAS, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF ALASKA, DIVISION OF ELECTIONS; and LOREN LEMAN, Lieutenant Governor, <br><br> Defendants. | **NONOPPOSED MOTION TO EXTEND DEADLINE** <br><br><br><br><br><br><br><br><br><br> Case No. 3:06-CV-00040 TMB |

Plaintiffs have filed a motion for summary judgment as well as an opposition to the defendants' motion to dismiss. Defendants' reply in support of their motion to dismiss is due on September 8, 2006. Defendants' opposition to defendants' motion for summary judgment is due on September 20, 2006. Defendants request that the deadline for their reply be extended until September 20, 2006, so it may be filed at

the same time as their opposition to plaintiffs' motion for summary judgment. Counsel for plaintiffs does not oppose this motion.

DATED this 7th day of September, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *[signature]*

Michael Barnhill
Assistant Attorney General
Alaska Bar No. 9311063

**CERTIFICATE OF SERVICE**
I hereby certify that I served the foregoing document on September 7, 2006, via USPS prepaid first-class mail, addressed to the following party:

Kenneth P. Jacobus, Esq.
310 K Street, Suite 200
Anchorage, AK 99501-2064

*[signature]*
Janet Mehl, Law Office Assistant