Michael A. Barnhill, Esq.
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811
(907) 465-4118  phone
(907) 465-6735  facsimile
Mike_Barnhill@law.state.ak.us

Counsel for Defendants

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKAN INDEPENDENCE PARTY, LINDA WINKELMAN, ALASKA LIBERTARIAN PARTY, INC., and SCOTT KOHLHAAS,<br><br>                    Plaintiffs,<br><br>vs.<br><br>STATE OF ALASKA, DIVISION OF ELECTIONS; and LOREN LEMAN, Lieutenant Governor,<br><br>                    Defendants. | **NONOPPOSED MOTION TO EXTEND DEADLINE**<br><br><br><br><br><br>Case No. 3:06-CV-00040 TMB |

Plaintiffs have filed a motion for summary judgment as well as an opposition to the defendants' motion to dismiss. Defendants' reply in support of their motion to dismiss is due on September 20, 2006. Defendants' opposition to plaintiffs' motion for summary judgment is also due on September 20, 2006. Defendants request

that the deadline for their reply and opposition be extended until October 4, 2006. Counsel for plaintiffs does not oppose this motion.

DATED this 20th day of September, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *[signature]*
Michael Barnhill
Assistant Attorney General
Alaska Bar No. 9311063

SO ORDERED.

Date: _____   _____
Hon. Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**
I hereby certify that I served the foregoing document on September 20, 2006, via USPS prepaid first-class mail, addressed to the following party and e-mail:

Kenneth P. Jacobus, Esq.
310 K Street, Suite 200
Anchorage, AK 99501-2064

e-mail: kpjlaw@yahoo.com

*[signature]*
Angela Hobbs, Law Office Assistant

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

MOTION TO EXTEND DEADLINES
AK Independ. Party, et al. v. State of AK, Div. of Elections, & Lt. Gov. Leman
PAGE 2 OF 2
Case No. 3:06-CV-00040 TMB