Michael A. Barnhill, Esq.
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811
(907) 465-4118  phone
(907) 465-2520  facsimile
Mike_Barnhill@law.state.ak.us

Counsel for Defendants

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKAN INDEPENDENCE PARTY, LINDA WINKELMAN, ALASKA LIBERTARIAN PARTY, INC., and SCOTT KOHLHAAS,<br><br>          Plaintiffs,<br><br>vs.<br><br>STATE OF ALASKA, DIVISION OF ELECTIONS; and LOREN LEMAN Lieutenant Governor,<br><br>          Defendants. | **REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** (Fed R. Civ. Proc. 12(b)(6)<br><br><br><br><br>Case No. 3:06-CV-00040 TMB |

For their reply in support of their motion to dismiss, the defendants incorporate by reference their opposition to plaintiffs' motion for summary judgment filed together with this pleading. Based on the arguments set forth therein, the defendants respectfully request that plaintiffs' complaint be dismissed with prejudice.

DATED this 4th day of October, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *[signature]*

Michael Barnhill
Assistant Attorney General
Alaska Bar No. 9311063

**CERTIFICATE OF SERVICE**
I hereby certify that I served the foregoing document on October 4, 2006 via electronic mail and will serve on October 5, 2006 via USPS mail, addressed to the following party:

Ken Jacobus, Esq.
310 K Street, Suite 200
Anchorage, AK 99501-2064

*[signature]*
_____
Michael A. Barnhill

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

REPLY RE: MOTION TO DISMISS                                                             PAGE 2 OF 2
AK Independ. Party, et al. v. State of AK, Div. of Elections, & Lt. Gov. Leman   Case No. 3:06-CV-00040 TMB