THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

ALASKAN INDEPENDENCE PARTY, )
LINDA WINKELMAN, ALASKA )
LIBERTARIAN PARTY, INC., and )
SCOTT KOHLHAAS, )
)
      Plaintiffs, )
)
vs. )
)
STATE OF ALASKA, DIVISION OF )
ELECTIONS; and LOREN LEMAN )
Lieutenant Governor, )
)
      Defendants. )
_____ )  Case No. 3:06-CV-00040 TMB

## AFFIDAVIT OF WHITNEY H. BREWSTER

STATE OF ALASKA      )
                                  ) ss.
FIRST JUDICIAL DISTRICT  )

Whitney H. Brewster, being duly sworn, deposes and states as follows:

1. I am the Director of the Division of Elections. I have personal knowledge of all matters set forth in this affidavit.

2. Pursuant to AS 15.25.030, the Division of Elections reviews all declarations of candidacy filed by individuals who seek to become a candidate of a political party.

3. The Division of Elections certifies those candidates who have complied with the requirements of AS 15.25.030 and places their names on the primary election ballot.

4. Included in the Division's certification process is a review of the candidate's political party membership.

*Exhibit A*

I.   2006 Alaskan Independence Party Primary

5. Pursuant to AS 15.25.014, the Alaskan Independence Party notified the Division of Elections that under its bylaws, the Alaskan Independence Party would conduct an open primary in 2006.

6. In the 2006 primary, there were three primary ballots: the combined party ballot, the Republican party ballot, and the measures only ballot. The combined party ballot contained the candidates of all parties who notified the Division that their primary was to be open for the 2006 primary election. The combined party ballot included the Alaskan Independence Party candidates for governor, lieutenant governor and state representative for House District 33. Any registered Alaska voter, regardless of political party membership, could select the combined party ballot.

7. Prior to certifying Eddie Burke as a candidate for governor in the 2006 Alaskan Independence Party primary election, the Division determined that Mr. Burke was a registered member of the Alaskan Independence Party.

8. Mr. Burke registered as an Alaskan Independence Party member on June 1, 2004. Prior to that date, Mr. Burke had been a registered member of the Republican Party since March 28, 1990.

9. Prior to certifying Daniel DeNardo as a candidate for governor in the 2006 Alaskan Independence Party primary election, the Division determined that Mr. DeNardo was a registered member of the Alaskan Independence Party.

10. Mr. DeNardo registered as an Alaskan Independence Party member on September 24, 2001.

11. Prior to certifying Don R. Wright as a candidate for governor in the 2006 Alaskan Independence Party primary election, the Division determined that Mr. Wright was a registered member of the Alaskan Independence Party.

12. Mr. Wright registered as an Alaskan Independence Party member on May 31, 2006. Mr. Wright has changed his registration between the

AFFIDAVIT OF WHITNEY H. BREWSTER   PAGE 2 OF 7
*AK Independ. Party, et al. v. State of AK, Div. of Elections, & Lt. Gov. Leman*   Case No. 3:06-CV-00040 TMB

Exhibit A

Democratic Party and the Alaskan Independence Party multiple times since 1992.

13. Prior to certifying Douglas L. Welton as a candidate for lieutenant governor in the 2006 Alaskan Independence Party primary election, the Division determined that Mr. Welton was a registered member of the Alaskan Independence Party.

14. Mr. Welton registered as an Alaskan Independence Party member on June 1, 2006. Prior to that date, Mr. Welton was a registered member of the Republican Party since December 3, 1999. Prior to that date, Mr. Welton was a registered member of the Alaskan Independence Party since January 25, 1988.

15. Prior to certifying John G. Osborne as a candidate for state representative for House District 33 in the 2006 Alaskan Independence Party primary election, the Division determined that Mr. Osborne was a registered member of the Alaskan Independence Party.

16. Mr. Osborne registered as an Alaskan Independence Party member on June 1, 2006.

17. Prior to certifying Robert A. Pope as a candidate for state representative for House District 33 in the 2006 Alaskan Independence Party primary election, the Division determined that Mr. Pope was a registered member of the Alaskan Independence Party.

18. Mr. Pope registered as an Alaskan Independence Party member on June 1, 2006. Mr. Pope changed his affiliation to non-partisan after the primary.

19. The 2006 primary election was held on August 22, 2006.

20. The Division certified the results of the 2006 Alaskan Independence Party primary on September 18, 2006. Mr. Wright won the primary election for governor with 1,208 votes. Mr. Burke placed second with 872 votes and Mr. DeNardo placed third with 411 votes. Mr. Welton ran unopposed for lieutenant governor and received 3,412 votes.

Exhibit A

21. Mr. Osborne won the primary election for state representative for House District 33 with 138 votes. Mr. Pope placed second with 64 votes.

22. A copy of the Division's official results for this election is appended to this affidavit.

23. A history of the candidates' party affiliations is appended to this affidavit.

24. Mr. Wright will be placed on the 2006 general election ballot as the gubernatorial candidate for the Alaskan Independence Party together with Douglas L. Welton, the winner of the primary election for lieutenant governor.

25. Mr. Osborne will be placed on the 2006 general election ballot as the state representative candidate for House District 33 for the Alaskan Independence Party.

26. No other Alaskan Independence Party candidates ran in the 2006 primary election.

II. 2006 Alaska Libertarian Party Primary

27. Pursuant to AS 15.25.014, the Alaska Libertarian Party notified the Division of Elections that under its bylaws, the Alaska Libertarian Party would conduct an open primary in 2006.

28. In the 2006 primary, there were three primary ballots: the combined party ballot, the Republican party ballot, and the measures only ballot. The combined party ballot contained the candidates of all parties who notified the Division that their primary was to be open for the 2006 primary election. The combined party ballot included the Alaska Libertarian Party candidates for U.S. Representative, governor, lieutenant governor and state representative. Any registered Alaska voter, regardless of political party membership, could select the combined party ballot.

29. Prior to certifying Alexander Crawford as a candidate for U.S. Representative in the 2006 Alaska Libertarian Party primary election, the Division determined that Mr. Crawford was a registered member of the Alaska Libertarian Party.

AFFIDAVIT OF WHITNEY H. BREWSTER  
*AK Independ. Party, et al. v. State of AK, Div. of Elections, & Lt. Gov. Leman*  
PAGE 4 OF 7  
Case No. 3:06-CV-00040 TMB

Exhibit A

30. Mr. Crawford registered as an Alaska Libertarian Party member on April 5, 2006. Mr. Crawford has changed his registration between multiple parties several times since 2001.

31. Prior to certifying Sol L. Gerstenfeld as a candidate for U.S. Representative in the 2006 Alaska Libertarian Party primary election, the Division determined that Mr. Gerstenfeld was a registered member of the Alaska Libertarian Party.

32. Mr. Gerstenfeld registered as an Alaska Libertarian Party member on June 1, 2006.

33. Prior to certifying William S. Toien as a candidate for governor in the 2006 Alaska Libertarian Party primary election, the Division determined that Mr. Toien was a registered member of the Alaska Libertarian Party.

34. Mr. Toien registered as an Alaska Libertarian Party member on April 17, 2006. Mr. Toien has changed his registration between the Alaska Libertarian Party and the Alaskan Independence Party multiple times since 1994.

35. Prior to certifying Robert D. Mirabal as a candidate for lieutenant governor in the 2006 Alaska Libertarian Party primary election, the Division determined that Mr. Mirabal was a registered member of the Alaska Libertarian Party.

36. Mr. Mirabal registered as an Alaska Libertarian Party member on May 19, 2006.

37. Prior to certifying Scott A. Kohlhaas as a candidate for state representative for House District 20 in the 2006 Alaska Libertarian Party primary election, the Division determined that Mr. Kohlhaas was a registered member of the Alaska Libertarian Party.

38. Mr. Kohlhaas registered as an Alaska Libertarian Party member on November 12, 1997.

39. The Division certified the results of the 2006 Alaska Libertarian Party primary on September 18, 2006.

AFFIDAVIT OF WHITNEY H. BREWSTER                                   PAGE 5 OF 7
*AK Independ. Party, et al. v. State of AK, Div. of Elections, & Lt. Gov. Leman*    Case No. 3:06-CV-00040 TMB

Exhibit A

40. Mr. Crawford won the primary election for U.S. Representative with 3,176 votes. Mr. Gerstenfeld placed second in the primary election for U.S. Representative with 687 votes.

41. Mr. Toien ran unopposed for governor and received 570 votes. Mr. Mirabal ran unopposed for lieutenant governor and received 1,371 votes.

42. Mr. Kohlhaas ran unopposed for state representative for House District 20 and received 91 votes.

43. A copy of the Division's official results for these elections is appended to this affidavit.

44. A history of the candidates' party affiliations is appended to this affidavit.

45. Mr. Crawford will be placed on the 2006 general election ballot as the U.S. Representative candidate for the Alaska Libertarian Party.

46. Mr. Toien will be placed on the 2006 general election ballot as the gubernatorial candidate for the Alaska Libertarian Party together with Robert D. Mirabal, the winner of the primary election for lieutenant governor.

47. Mr. Kohlhaas will be placed on the 2006 general election ballot as the state representative candidate for House District 20 for the Alaska Libertarian Party.

48. No other Alaska Libertarian Party candidates ran in the 2006 primary election.

AFFIDAVIT OF WHITNEY H. BREWSTER
*AK Independ. Party, et al. v. State of AK, Div. of Elections, & Lt. Gov. Leman*

PAGE 6 OF 7
Case No. 3:06-CV-00040 TMB

Exhibit A

Dated: *10/4/06*                    *Whitney H Brewster*
                                    Whitney H. Brewster
                                    Director, Division of Elections

SUBSCRIBED and SWORN to before me this 4th day of October, 2006.

*Lauri Allred*
Notary Public, State of Alaska
My commission expires: *1/14/07*

[SEAL: STATE OF ALASKA OFFICIAL SEAL — Lauri Allred NOTARY PUBLIC — My Commission Expires 1/14/07]

*Exhibit A*