STATE OF ALASKA - 2006 PRIMARY ELECTION
AUGUST 22, 2006
OFFICIAL RESULTS

Date: 09/18/06
Time: 18:55:28
Page: 1 of 8

Registered Voters 459364 - Cards Cast 160847   35.02%   Num. Report Precinct 439 - Num. Reporting 439   100.00%

### US REPRESENTATIVE (C) — COM

| | | Total | |
|---|---|---:|---:|
| Number of Precincts | | 439 | |
| Precincts Reporting | | 439 | 100.0 % |
| Times Counted | | 55702/459364 | 12.1 % |
| Total Votes | | 48056 | |
| BENSON, DIANE E. | DEM | 19421 | 40.41% |
| CRAWFORD, ALEXANDER | LIB | 3176 | 6.61% |
| GERSTENFELD, SOL L. | LIB | 687 | 1.43% |
| HYDE, TODD | DEM | 2482 | 5.16% |
| INCE, EVA L. | GRN | 3620 | 7.53% |
| METCALFE, RAY | DEM | 16529 | 34.40% |
| VONDERSAAR, FRANK | DEM | 2141 | 4.46% |

### US REPRESENTATIVE (R) — REP

| | | Total | |
|---|---|---:|---:|
| Number of Precincts | | 439 | |
| Precincts Reporting | | 439 | 100.0 % |
| Times Counted | | 102230/459364 | 22.3 % |
| Total Votes | | 81089 | |
| YOUNG, DON E. | REP | 81089 | 100.00% |

### GOVERNOR (C) — COM

| | | Total | |
|---|---|---:|---:|
| Number of Precincts | | 439 | |
| Precincts Reporting | | 439 | 100.0 % |
| Times Counted | | 55702/459364 | 12.1 % |
| Total Votes | | 53987 | |
| BURKE, EDDIE | AI | 872 | 1.62% |
| CROFT, ERIC | DEM | 11952 | 22.14% |
| DeNARDO, DANIEL | AI | 411 | 0.76% |
| KNOWLES, TONY | DEM | 37316 | 69.12% |
| LEMKE, BRUCE J. | DEM | 732 | 1.36% |
| MASSIE, DAVID M. | GRN | 926 | 1.72% |
| TOIEN, WILLIAM S. "B | LIB | 570 | 1.06% |
| WRIGHT, DON R. | AI | 1208 | 2.24% |

### GOVERNOR (R) — REP

| | | Total | |
|---|---|---:|---:|
| Number of Precincts | | 439 | |
| Precincts Reporting | | 439 | 100.0 % |
| Times Counted | | 102230/459364 | 22.3 % |
| Total Votes | | 101695 | |
| BINKLEY, JOHN | REP | 30349 | 29.84% |
| HEIKES, GERALD L. "J | REP | 280 | 0.28% |
| HLATCU, MERICA | REP | 211 | 0.21% |
| MURKOWSKI, FRANK H. | REP | 19412 | 19.09% |
| PALIN, SARAH H. | REP | 51443 | 50.59% |

### LIEUTENANT GOVERNOR (C) — COM

| | | Total | |
|---|---|---:|---:|
| Number of Precincts | | 439 | |
| Precincts Reporting | | 439 | 100.0 % |
| Times Counted | | 55702/459364 | 12.1 % |
| Total Votes | | 50760 | |
| BERKOWITZ, ETHAN A. | DEM | 28263 | 55.68% |
| MIRABAL, ROBERT D. | LIB | 1371 | 2.70% |
| OLSON, DONALD C. | DEM | 9356 | 18.43% |
| ROLLINS, BETTY | DEM | 5875 | 11.57% |
| ROLLISON, KAY L. | DEM | 2483 | 4.89% |
| WELTON, DOUGLAS L. | AI | 3412 | 6.72% |

### LIEUTENANT GOVERNOR (R) — REP

| | | Total | |
|---|---|---:|---:|
| Number of Precincts | | 439 | |
| Precincts Reporting | | 439 | 100.0 % |
| Times Counted | | 102230/459364 | 22.3 % |
| Total Votes | | 88193 | |
| PARNELL, SEAN R. | REP | 50328 | 57.07% |
| WARD, JERRY | REP | 37865 | 42.93% |

### SENATE DISTRICT B (C) — COM

| | | Total | |
|---|---|---:|---:|
| Number of Precincts | | 16 | |
| Precincts Reporting | | 16 | 100.0 % |
| Times Counted | | 4609/24094 | 19.1 % |
| Total Votes | | 4075 | |
| ELTON, KIM | DEM | 4075 | 100.00% |

### SENATE DISTRICT B (R) — REP

| | | Total | |
|---|---|---:|---:|
| Number of Precincts | | 16 | |
| Precincts Reporting | | 16 | 100.0 % |
| Times Counted | | 5061/24094 | 21.0 % |
| Total Votes | | 3123 | |
| MEINERS, HERMAN M., | REP | 3123 | 100.00% |

### SENATE DISTRICT D (C) — COM

| | | Total | |
|---|---|---:|---:|
| Number of Precincts | | 22 | |
| Precincts Reporting | | 22 | 100.0 % |
| Times Counted | | 3484/26528 | 13.1 % |
| Total Votes | | 3126 | |
| BRAUN, DAVID P. | GRN | 690 | 22.07% |
| THOMAS, JOE J. | DEM | 2436 | 77.93% |

### SENATE DISTRICT D (R) — REP

| | | Total | |
|---|---|---:|---:|
| Number of Precincts | | 22 | |
| Precincts Reporting | | 22 | 100.0 % |
| Times Counted | | 6852/26528 | 25.8 % |
| Total Votes | | 4768 | |
| SEEKINS, RALPH C. | REP | 4768 | 100.00% |

*Exhibit A, Attachment 1*
*page 1 of 8*

# STATE OF ALASKA - 2006 PRIMARY ELECTION
## AUGUST 22, 2006
### OFFICIAL RESULTS

Date: 09/18/06
Time: 18:55:28
Page: 2 of 8

Registered Voters 459364 - Cards Cast 160847   35.02%      Num. Report Precinct 439 - Num. Reporting 439   100.00%

### SENATE DISTRICT F (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 19 | |
| Precincts Reporting | 19 | 100.0 % |
| Times Counted | 1560/25431 | 6.1 % |
| Total Votes | 1224 | |
| BECK, TIM   DEM | 1224 | 100.00% |

### SENATE DISTRICT F (R) — REP
| | Total | |
|---|---|---|
| Number of Precincts | 19 | |
| Precincts Reporting | 19 | 100.0 % |
| Times Counted | 5440/25431 | 21.4 % |
| Total Votes | 4607 | |
| THERRIAULT, GENE   REP | 4607 | 100.00% |

### SENATE DISTRICT H (R) — REP
| | Total | |
|---|---|---|
| Number of Precincts | 17 | |
| Precincts Reporting | 17 | 100.0 % |
| Times Counted | 8253/26831 | 30.8 % |
| Total Votes | 6965 | |
| SUTER, JOHN P.   REP | 2187 | 31.40% |
| HUGGINS, CHARLIE   REP | 4778 | 68.60% |

### SENATE DISTRICT J (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 12 | |
| Precincts Reporting | 12 | 100.0 % |
| Times Counted | 2086/20402 | 10.2 % |
| Total Votes | 1725 | |
| WIELECHOWSKI, BILL   DEM | 1725 | 100.00% |

### SENATE DISTRICT J (R) — REP
| | Total | |
|---|---|---|
| Number of Precincts | 12 | |
| Precincts Reporting | 12 | 100.0 % |
| Times Counted | 3143/20402 | 15.4 % |
| Total Votes | 2876 | |
| MAYO, EARL   REP | 1773 | 61.65% |
| PHILLIPS, ROBIN   REP | 1103 | 38.35% |

### SENATE DISTRICT L (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 16 | |
| Precincts Reporting | 16 | 100.0 % |
| Times Counted | 3061/22537 | 13.6 % |
| Total Votes | 2617 | |
| ELLIS, JOHNNY   DEM | 2617 | 100.00% |

### SENATE DISTRICT N (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 12 | |
| Precincts Reporting | 12 | 100.0 % |
| Times Counted | 2670/23796 | 11.2 % |
| Total Votes | 1955 | |
| UTTER, RAY   DEM | 1955 | 100.00% |

### SENATE DISTRICT N (R) — REP
| | Total | |
|---|---|---|
| Number of Precincts | 12 | |
| Precincts Reporting | 12 | 100.0 % |
| Times Counted | 6796/23796 | 28.6 % |
| Total Votes | 6598 | |
| McGUIRE, LESIL   REP | 3762 | 57.02% |
| ROKEBERG, NORMAN   REP | 2836 | 42.98% |

### SENATE DISTRICT P (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 20 | |
| Precincts Reporting | 20 | 100.0 % |
| Times Counted | 3388/27527 | 12.3 % |
| Total Votes | 2455 | |
| ROBERTS, MACON   DEM | 2455 | 100.00% |

### SENATE DISTRICT P (R) — REP
| | Total | |
|---|---|---|
| Number of Precincts | 20 | |
| Precincts Reporting | 20 | 100.0 % |
| Times Counted | 8590/27527 | 31.2 % |
| Total Votes | 6786 | |
| BUNDE, CON   REP | 6786 | 100.00% |

### SENATE DISTRICT R (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 25 | |
| Precincts Reporting | 25 | 100.0 % |
| Times Counted | 2461/22961 | 10.7 % |
| Total Votes | 1715 | |
| DAVIDSON, CHARLES E.   DEM | 1715 | 100.00% |

### SENATE DISTRICT R (R) — REP
| | Total | |
|---|---|---|
| Number of Precincts | 25 | |
| Precincts Reporting | 25 | 100.0 % |
| Times Counted | 4334/22961 | 18.9 % |
| Total Votes | 3391 | |
| STEVENS, GARY   REP | 3391 | 100.00% |

### SENATE DISTRICT S (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 49 | |
| Precincts Reporting | 49 | 100.0 % |
| Times Counted | 3138/15330 | 20.5 % |
| Total Votes | 2586 | |
| HOFFMAN, LYMAN F.   DEM | 2586 | 100.00% |

page 2 of 8

STATE OF ALASKA - 2006 PRIMARY ELECTION
AUGUST 22, 2006
OFFICIAL RESULTS

Date:09/18/06
Time:18:55:28
Page:3 of 8

Registered Voters 459364 - Cards Cast 160847   35.02%        Num. Report Precinct 439 - Num. Reporting 439   100.00%

| SENATE DISTRICT S (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 49 | |
| Precincts Reporting | | 49 | 100.0 % |
| Times Counted | | 1403/15330 | 9.2 % |
| Total Votes | | 1164 | |
| KEPPEL, WILLY | REP | 579 | 49.74% |
| AYAGALRIA, NORMAN | REP | 585 | 50.26% |

| HOUSE DISTRICT 1 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 9 | |
| Precincts Reporting | | 9 | 100.0 % |
| Times Counted | | 2445/10676 | 22.9 % |
| Total Votes | | 2405 | |
| JOHANSEN, KYLE | REP | 1340 | 55.72% |
| ELKINS, JIM | REP | 1065 | 44.28% |

| HOUSE DISTRICT 2 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 8 | |
| Precincts Reporting | | 8 | 100.0 % |
| Times Counted | | 1598/11447 | 14.0 % |
| Total Votes | | 1043 | |
| STELZENMULLER, JAY | DEM | 1043 | 100.00% |

| HOUSE DISTRICT 2 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 8 | |
| Precincts Reporting | | 8 | 100.0 % |
| Times Counted | | 1829/11447 | 16.0 % |
| Total Votes | | 1566 | |
| WILSON, PEGGY | REP | 1566 | 100.00% |

| HOUSE DISTRICT 3 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 10 | |
| Precincts Reporting | | 10 | 100.0 % |
| Times Counted | | 2684/12148 | 22.1 % |
| Total Votes | | 2426 | |
| KERTTULA, BETH | DEM | 2426 | 100.00% |

| HOUSE DISTRICT 4 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 6 | |
| Precincts Reporting | | 6 | 100.0 % |
| Times Counted | | 1764/11946 | 14.8 % |
| Total Votes | | 1383 | |
| DOLL, ANDREA | DEM | 1383 | 100.00% |

| HOUSE DISTRICT 4 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 6 | |
| Precincts Reporting | | 6 | 100.0 % |
| Times Counted | | 2647/11946 | 22.2 % |
| Total Votes | | 1802 | |
| WANAMAKER, RANDY | REP | 1802 | 100.00% |

| HOUSE DISTRICT 5 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 18 | |
| Precincts Reporting | | 18 | 100.0 % |
| Times Counted | | 1821/10699 | 17.0 % |
| Total Votes | | 1250 | |
| ISAACS, AARON T., JR | DEM | 1250 | 100.00% |

| HOUSE DISTRICT 5 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 18 | |
| Precincts Reporting | | 18 | 100.0 % |
| Times Counted | | 1511/10699 | 14.1 % |
| Total Votes | | 1168 | |
| THOMAS, WILLIAM A., | REP | 1168 | 100.00% |

| HOUSE DISTRICT 6 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 46 | |
| Precincts Reporting | | 46 | 100.0 % |
| Times Counted | | 1427/9849 | 14.5 % |
| Total Votes | | 1061 | |
| SALMON, WOODIE W. | DEM | 1061 | 100.00% |

| HOUSE DISTRICT 6 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 46 | |
| Precincts Reporting | | 46 | 100.0 % |
| Times Counted | | 1892/9849 | 19.2 % |
| Total Votes | | 1687 | |
| SATTLER, WARD H. | REP | 639 | 37.88% |
| MORGAN, CARL, JR. | REP | 1048 | 62.12% |

| HOUSE DISTRICT 7 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 9 | |
| Precincts Reporting | | 9 | 100.0 % |
| Times Counted | | 1633/13424 | 12.2 % |
| Total Votes | | 1454 | |
| WATTS, DAVE | DEM | 1062 | 73.04% |
| AMES, MARK A. | GRN | 392 | 26.96% |

page 3 of 8

# STATE OF ALASKA - 2006 PRIMARY ELECTION
## AUGUST 22, 2006
### OFFICIAL RESULTS

Date: 09/18/06
Time: 18:55:28
Page: 4 of 8

Registered Voters 459364 - Cards Cast 160847   35.02%     Num. Report Precinct 439 - Num. Reporting 439   100.00%

| HOUSE DISTRICT 7 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 9 | |
| Precincts Reporting | | 9 | 100.0 % |
| Times Counted | | 3723/13424 | 27.7 % |
| Total Votes | | 3462 | |
| BEHNER, MICHAEL D. " | REP | 1309 | 37.81% |
| KELLY, MIKE | REP | 2153 | 62.19% |

| HOUSE DISTRICT 8 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 13 | |
| Precincts Reporting | | 13 | 100.0 % |
| Times Counted | | 1807/13104 | 13.8 % |
| Total Votes | | 1629 | |
| GUTTENBERG, DAVID | DEM | 1629 | 100.00% |

| HOUSE DISTRICT 8 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 13 | |
| Precincts Reporting | | 13 | 100.0 % |
| Times Counted | | 3071/13104 | 23.4 % |
| Total Votes | | 2023 | |
| CRAWFORD, JASON | REP | 2023 | 100.00% |

| HOUSE DISTRICT 9 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 9 | |
| Precincts Reporting | | 9 | 100.0 % |
| Times Counted | | 1091/11338 | 9.6 % |
| Total Votes | | 848 | |
| KAWASAKI, SCOTT J. | DEM | 848 | 100.00% |

| HOUSE DISTRICT 9 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 9 | |
| Precincts Reporting | | 9 | 100.0 % |
| Times Counted | | 2125/11338 | 18.7 % |
| Total Votes | | 1649 | |
| HOLM, JAMES A. "JIM" | REP | 1649 | 100.00% |

| HOUSE DISTRICT 10 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 5 | |
| Precincts Reporting | | 5 | 100.0 % |
| Times Counted | | 1395/10975 | 12.7 % |
| Total Votes | | 1341 | |
| RAHOI, URBAN E. | REP | 318 | 23.71% |
| RAMRAS, JAY | REP | 1023 | 76.29% |

| HOUSE DISTRICT 11 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 8 | |
| Precincts Reporting | | 8 | 100.0 % |
| Times Counted | | 839/13101 | 6.4 % |
| Total Votes | | 664 | |
| PILE, JOHN E., SR. | DEM | 664 | 100.00% |

| HOUSE DISTRICT 11 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 8 | |
| Precincts Reporting | | 8 | 100.0 % |
| Times Counted | | 3105/13101 | 23.7 % |
| Total Votes | | 2654 | |
| COGHILL, JOHN B., JR | REP | 2654 | 100.00% |

| HOUSE DISTRICT 12 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 11 | |
| Precincts Reporting | | 11 | 100.0 % |
| Times Counted | | 719/12330 | 5.8 % |
| Total Votes | | 545 | |
| JOHNSON, WILLIAM R. | DEM | 545 | 100.00% |

| HOUSE DISTRICT 12 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 11 | |
| Precincts Reporting | | 11 | 100.0 % |
| Times Counted | | 2310/12330 | 18.7 % |
| Total Votes | | 2135 | |
| HARRIS, JOHN L. | REP | 1383 | 64.78% |
| PEARSON, MIKE | REP | 752 | 35.22% |

| HOUSE DISTRICT 13 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 10 | |
| Precincts Reporting | | 10 | 100.0 % |
| Times Counted | | 1090/13736 | 7.9 % |
| Total Votes | | 752 | |
| WARDMAN, JIM | DEM | 752 | 100.00% |

| HOUSE DISTRICT 13 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 10 | |
| Precincts Reporting | | 10 | 100.0 % |
| Times Counted | | 4270/13736 | 31.1 % |
| Total Votes | | 3513 | |
| GATTO, CARL J. | REP | 3513 | 100.00% |

| HOUSE DISTRICT 14 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 7 | |
| Precincts Reporting | | 7 | 100.0 % |
| Times Counted | | 868/13416 | 6.5 % |
| Total Votes | | 572 | |
| LACY, NEAL T. | DEM | 572 | 100.00% |

*page 4 of 8*