STATE OF ALASKA - 2006 PRIMARY ELECTION
AUGUST 22, 2006
OFFICIAL RESULTS

Date:09/18/06
Time:18:55:28
Page:5 of 8

Registered Voters 459364 - Cards Cast 160847   35.02%          Num. Report Precinct 439 - Num. Reporting 439   100.00%

| HOUSE DISTRICT 14 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 7 | |
| Precincts Reporting | | 7 | 100.0 % |
| Times Counted | | 3952/13416 | 29.5 % |
| Total Votes | | 3139 | |
| KOHRING, VIC | REP | 3139 | 100.00% |

| HOUSE DISTRICT 15 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 9 | |
| Precincts Reporting | | 9 | 100.0 % |
| Times Counted | | 3967/13723 | 28.9 % |
| Total Votes | | 3669 | |
| NEUMAN, MARK A. | REP | 2070 | 56.42% |
| MOORE, L. APRIL | REP | 921 | 25.10% |
| HOLMES, DOYLE E. | REP | 678 | 18.48% |

| HOUSE DISTRICT 16 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 8 | |
| Precincts Reporting | | 8 | 100.0 % |
| Times Counted | | 1115/13108 | 8.5 % |
| Total Votes | | 768 | |
| CHESBRO, PATRICIA R. | DEM | 768 | 100.00% |

| HOUSE DISTRICT 16 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 8 | |
| Precincts Reporting | | 8 | 100.0 % |
| Times Counted | | 4243/13108 | 32.4 % |
| Total Votes | | 3457 | |
| STOLTZE, BILL | REP | 3457 | 100.00% |

| HOUSE DISTRICT 17 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 7 | |
| Precincts Reporting | | 7 | 100.0 % |
| Times Counted | | 990/12767 | 7.8 % |
| Total Votes | | 658 | |
| HUNTINGTON, KARLA F. | DEM | 658 | 100.00% |

| HOUSE DISTRICT 17 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 7 | |
| Precincts Reporting | | 7 | 100.0 % |
| Times Counted | | 3489/12767 | 27.3 % |
| Total Votes | | 3404 | |
| KOTT, PETE | REP | 1585 | 46.56% |
| FAIRCLOUGH, ANNA I. | REP | 1819 | 53.44% |

| HOUSE DISTRICT 18 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 5 | |
| Precincts Reporting | | 5 | 100.0 % |
| Times Counted | | 1066/11060 | 9.6 % |
| Total Votes | | 1006 | |
| KENDALL, DAN | REP | 379 | 37.67% |
| DAHLSTROM, NANCY A. | REP | 627 | 62.33% |

| HOUSE DISTRICT 19 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 7 | |
| Precincts Reporting | | 7 | 100.0 % |
| Times Counted | | 1260/10919 | 11.5 % |
| Total Votes | | 952 | |
| BEHYMER, DARREL B. | DEM | 952 | 100.00% |

| HOUSE DISTRICT 19 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 7 | |
| Precincts Reporting | | 7 | 100.0 % |
| Times Counted | | 2088/10919 | 19.1 % |
| Total Votes | | 1678 | |
| ROSES, BOB | REP | 1678 | 100.00% |

| HOUSE DISTRICT 20 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 5 | |
| Precincts Reporting | | 5 | 100.0 % |
| Times Counted | | 814/9483 | 8.6 % |
| Total Votes | | 759 | |
| GRUENBERG, MAX F., J | DEM | 668 | 88.01% |
| KOHLHAAS, SCOTT A. | LIB | 91 | 11.99% |

| HOUSE DISTRICT 20 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 5 | |
| Precincts Reporting | | 5 | 100.0 % |
| Times Counted | | 1043/9483 | 11.0 % |
| Total Votes | | 845 | |
| MOON, MATT | REP | 845 | 100.00% |

| HOUSE DISTRICT 21 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 6 | |
| Precincts Reporting | | 6 | 100.0 % |
| Times Counted | | 1528/11708 | 13.1 % |
| Total Votes | | 1308 | |
| CRAWFORD, HARRY T., | DEM | 1308 | 100.00% |

page 5 of 8

# STATE OF ALASKA - 2006 PRIMARY ELECTION
## AUGUST 22, 2006
## OFFICIAL RESULTS

Date: 09/18/06  
Time: 18:55:28  
Page: 6 of 8

Registered Voters 459364 - Cards Cast 160847  35.02%     Num. Report Precinct 439 - Num. Reporting 439  100.00%

### HOUSE DISTRICT 21 (R) — REP
| | Total | |
|---|---|---|
| Number of Precincts | 6 | |
| Precincts Reporting | 6 | 100.0 % |
| Times Counted | 2751/11708 | 23.5 % |
| Total Votes | 2150 | |
| GONNASON, JEFF    REP | 2150 | 100.00% |

### HOUSE DISTRICT 22 (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 8 | |
| Precincts Reporting | 8 | 100.0 % |
| Times Counted | 1346/10352 | 13.0 % |
| Total Votes | 1067 | |
| CISSNA, SHARON M.    DEM | 1067 | 100.00% |

### HOUSE DISTRICT 23 (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 9 | |
| Precincts Reporting | 9 | 100.0 % |
| Times Counted | 1778/11004 | 16.2 % |
| Total Votes | 1588 | |
| GARA, LES S.    DEM | 1588 | 100.00% |

### HOUSE DISTRICT 24 (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 7 | |
| Precincts Reporting | 7 | 100.0 % |
| Times Counted | 1267/11533 | 11.0 % |
| Total Votes | 1120 | |
| GARDNER, BERTA    DEM | 1120 | 100.00% |

### HOUSE DISTRICT 24 (R) — REP
| | Total | |
|---|---|---|
| Number of Precincts | 7 | |
| Precincts Reporting | 7 | 100.0 % |
| Times Counted | 2112/11533 | 18.3 % |
| Total Votes | 1860 | |
| SMITH, DON    REP | 835 | 44.89% |
| PETERSON, DARWIN R.    REP | 1025 | 55.11% |

### HOUSE DISTRICT 25 (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 9 | |
| Precincts Reporting | 9 | 100.0 % |
| Times Counted | 1410/10449 | 13.5 % |
| Total Votes | 1303 | |
| HIGGINS, THOMAS M.    DEM | 220 | 16.88% |
| DOOGAN, MIKE    DEM | 1083 | 83.12% |

### HOUSE DISTRICT 25 (R) — REP
| | Total | |
|---|---|---|
| Number of Precincts | 9 | |
| Precincts Reporting | 9 | 100.0 % |
| Times Counted | 1655/10449 | 15.8 % |
| Total Votes | 1140 | |
| LAMB, THOMAS A.    REP | 1140 | 100.00% |

### HOUSE DISTRICT 26 (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 9 | |
| Precincts Reporting | 9 | 100.0 % |
| Times Counted | 2301/11780 | 19.5 % |
| Total Votes | 2148 | |
| CONSENSTEIN, DANNY    DEM | 853 | 39.71% |
| HOLMES, LINDSEY S.    DEM | 910 | 42.36% |
| DUBAY, BUD    DEM | 385 | 17.92% |

### HOUSE DISTRICT 26 (R) — REP
| | Total | |
|---|---|---|
| Number of Precincts | 9 | |
| Precincts Reporting | 9 | 100.0 % |
| Times Counted | 2657/11780 | 22.6 % |
| Total Votes | 2343 | |
| STRAIT, STEVE    REP | 1432 | 61.12% |
| PAWLOWSKI, MIKE    REP | 911 | 38.88% |

### HOUSE DISTRICT 27 (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 6 | |
| Precincts Reporting | 6 | 100.0 % |
| Times Counted | 1235/11332 | 10.9 % |
| Total Votes | 976 | |
| BUCH, ROBERT L. "BOB"    DEM | 976 | 100.00% |

### HOUSE DISTRICT 27 (R) — REP
| | Total | |
|---|---|---|
| Number of Precincts | 6 | |
| Precincts Reporting | 6 | 100.0 % |
| Times Counted | 3110/11332 | 27.4 % |
| Total Votes | 2870 | |
| STRAUBE, PHELAN B.    REP | 1161 | 40.45% |
| MOFFATT, TOM    REP | 1292 | 45.02% |
| ACHBERGER, CHUCK    REP | 417 | 14.53% |

### HOUSE DISTRICT 28 (C) — COM
| | Total | |
|---|---|---|
| Number of Precincts | 6 | |
| Precincts Reporting | 6 | 100.0 % |
| Times Counted | 1415/12464 | 11.4 % |
| Total Votes | 1087 | |
| BAFFONE, VALERIE "VA    DEM | 1087 | 100.00% |

page 6 of 8

STATE OF ALASKA - 2006 PRIMARY ELECTION
AUGUST 22, 2006
OFFICIAL RESULTS

Date: 09/18/06
Time: 18:55:29
Page: 7 of 8

Registered Voters 459364 - Cards Cast 160847   35.02%           Num. Report Precinct 439 - Num. Reporting 439   100.00%

| HOUSE DISTRICT 28 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 6 | |
| Precincts Reporting | | 6 | 100.0 % |
| Times Counted | | 3647/12464 | 29.3 % |
| Total Votes | | 2728 | |
| JOHNSON, CRAIG W. | REP | 2728 | 100.00% |

| HOUSE DISTRICT 29 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 7 | |
| Precincts Reporting | | 7 | 100.0 % |
| Times Counted | | 955/10450 | 9.1 % |
| Total Votes | | 721 | |
| TUCK, CHRIS | DEM | 721 | 100.00% |

| HOUSE DISTRICT 29 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 7 | |
| Precincts Reporting | | 7 | 100.0 % |
| Times Counted | | 1923/10450 | 18.4 % |
| Total Votes | | 1545 | |
| SAMUELS, RALPH | REP | 1545 | 100.00% |

| HOUSE DISTRICT 30 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 7 | |
| Precincts Reporting | | 7 | 100.0 % |
| Times Counted | | 2997/11777 | 25.4 % |
| Total Votes | | 2530 | |
| MEYER, KEVIN | REP | 2530 | 100.00% |

| HOUSE DISTRICT 31 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 8 | |
| Precincts Reporting | | 8 | 100.0 % |
| Times Counted | | 4227/12820 | 33.0 % |
| Total Votes | | 3492 | |
| LYNN, BOB | REP | 3492 | 100.00% |

| HOUSE DISTRICT 32 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 12 | |
| Precincts Reporting | | 12 | 100.0 % |
| Times Counted | | 1957/14707 | 13.3 % |
| Total Votes | | 1717 | |
| BARTEE, WILLIAM "BIL | GRN | 194 | 11.30% |
| KOY, MIKE | DEM | 194 | 11.30% |
| ABNEY, PAT A. | DEM | 1329 | 77.40% |

| HOUSE DISTRICT 32 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 12 | |
| Precincts Reporting | | 12 | 100.0 % |
| Times Counted | | 4324/14707 | 29.4 % |
| Total Votes | | 3399 | |
| HAWKER, MIKE | REP | 3399 | 100.00% |

| HOUSE DISTRICT 33 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 6 | |
| Precincts Reporting | | 6 | 100.0 % |
| Times Counted | | 972/12451 | 7.8 % |
| Total Votes | | 899 | |
| SPRAGUE, PETE | DEM | 697 | 77.53% |
| OSBORNE, JOHN G. "OZ | AI | 138 | 15.35% |
| POPE, ROBERT A. "BOB | AI | 64 | 7.12% |

| HOUSE DISTRICT 33 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 6 | |
| Precincts Reporting | | 6 | 100.0 % |
| Times Counted | | 3014/12451 | 24.2 % |
| Total Votes | | 2879 | |
| CAREY, DAVE | REP | 1357 | 47.13% |
| OLSON, KURT | REP | 1369 | 47.55% |
| RICHARDS, DAVID L. " | REP | 153 | 5.31% |

| HOUSE DISTRICT 34 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 7 | |
| Precincts Reporting | | 7 | 100.0 % |
| Times Counted | | 3462/12702 | 27.3 % |
| Total Votes | | 2739 | |
| CHENAULT, CHARLES M. | REP | 2739 | 100.00% |

| HOUSE DISTRICT 35 (C) | | COM Total | |
|---|---|---|---|
| Number of Precincts | | 11 | |
| Precincts Reporting | | 11 | 100.0 % |
| Times Counted | | 1638/12910 | 12.7 % |
| Total Votes | | 1150 | |
| SIEMINSKI, ANTHONY K | DEM | 1150 | 100.00% |

| HOUSE DISTRICT 35 (R) | | REP Total | |
|---|---|---|---|
| Number of Precincts | | 11 | |
| Precincts Reporting | | 11 | 100.0 % |
| Times Counted | | 2520/12910 | 19.5 % |
| Total Votes | | 2066 | |
| SEATON, PAUL | REP | 2066 | 100.00% |

page 7 of 8

# STATE OF ALASKA - 2006 PRIMARY ELECTION
## AUGUST 22, 2006
### OFFICIAL RESULTS

Date: 09/18/06  
Time: 18:55:29  
Page: 8 of 8

Registered Voters 459364 - Cards Cast 160847   35.02%  
Num. Report Precinct 439 - Num. Reporting 439   100.00%

### HOUSE DISTRICT 36 (R) — REP

| | Total | |
|---|---|---|
| Number of Precincts | 14 | |
| Precincts Reporting | 14 | 100.0 % |
| Times Counted | 1811/10051 | 18.0 % |
| Total Votes | 1332 | |
| LeDOUX, GABRIELLE   REP | 1332 | 100.00% |

### HOUSE DISTRICT 37 (C) — COM

| | Total | |
|---|---|---|
| Number of Precincts | 22 | |
| Precincts Reporting | 22 | 100.0 % |
| Times Counted | 1566/7416 | 21.1 % |
| Total Votes | 1529 | |
| MOSES, CARL E.   DEM | 764 | 49.97% |
| EDGMON, BRYCE   DEM | 765 | 50.03% |

### HOUSE DISTRICT 37 (R) — REP

| | Total | |
|---|---|---|
| Number of Precincts | 22 | |
| Precincts Reporting | 22 | 100.0 % |
| Times Counted | 797/7416 | 10.7 % |
| Total Votes | 713 | |
| BOWERS, RON   REP | 309 | 43.34% |
| TUTIAKOFF, VINCENT M   REP | 173 | 24.26% |
| FAITH, JOSEPH R.   REP | 231 | 32.40% |

### HOUSE DISTRICT 38 (C) — COM

| | Total | |
|---|---|---|
| Number of Precincts | 27 | |
| Precincts Reporting | 27 | 100.0 % |
| Times Counted | 1571/7914 | 19.9 % |
| Total Votes | 1451 | |
| KAPSNER, MARY SATTLE   DEM | 1451 | 100.00% |

### HOUSE DISTRICT 39 (C) — COM

| | Total | |
|---|---|---|
| Number of Precincts | 27 | |
| Precincts Reporting | 27 | 100.0 % |
| Times Counted | 2043/7915 | 25.8 % |
| Total Votes | 1586 | |
| FOSTER, RICHARD   DEM | 1586 | 100.00% |

### HOUSE DISTRICT 40 (C) — COM

| | Total | |
|---|---|---|
| Number of Precincts | 21 | |
| Precincts Reporting | 21 | 100.0 % |
| Times Counted | 1567/8380 | 18.7 % |
| Total Votes | 1348 | |
| JOULE, REGGIE   DEM | 1348 | 100.00% |

### MEASURE NO. 1 - 03DISC

| | Total | |
|---|---|---|
| Number of Precincts | 439 | |
| Precincts Reporting | 439 | 100.0 % |
| Times Counted | 160847/459364 | 35.0 % |
| Total Votes | 154966 | |
| YES | 113130 | 73.00% |
| NO | 41836 | 27.00% |

### MEASURE NO. 2 - 03CTAX

| | Total | |
|---|---|---|
| Number of Precincts | 439 | |
| Precincts Reporting | 439 | 100.0 % |
| Times Counted | 160847/459364 | 35.0 % |
| Total Votes | 157395 | |
| YES | 81963 | 52.07% |
| NO | 75432 | 47.93% |

*page 8 of 8* (handwritten)

| Name of Candidate | Date of Change | Party Change |
|---|---|---|
| Donald R. Wright | 5/31/2006 | Alaskan Independence |
| | 12/4/2003 | Democrat |
| | 11/14/2000 | Alaskan Independence |
| | 8/13/1993 | Democrat |
| | 2/6/1992 | Alaskan Independence |
| | | |
| Doug L. Welton | 6/1/2006 | Alaskan Independence |
| | 12/3/1999 | Republican |
| | 1/25/1988 | Alaskan Independence |
| | | |
| John G. Osborne | 6/1/2006 | Alaskan Independence |
| | | |
| Robert A. Pope | 9/25/2006 | Non-Partisan |
| | 6/1/2006 | Alaskan Independence |
| | | |
| Robert D. Mirabal | 5/19/2006 | Libertarian |
| | | |
| Alexander Crawford | 4/5/2006 | Libertartian |
| | 12/13/2005 | Alaska Freedom Party |
| | 1/18/2005 | Alaskan Independence |
| | 2/18/2004 | Rebublican |
| | 10/28/2002 | Alaskan Independence |
| | 10/31/2001 | Libertartian |
| | 11/7/2000 | Undelcared |
| | | |
| William S. Toien | 4/17/2006 | Libertarian |
| | 11/17/2004 | Alaskan Independence |
| | 3/12/1999 | Libertarian |
| | 4/9/1998 | Alaskan Independence |
| | 3/2/1998 | Libertarian |
| | 11/3/1994 | Alaskan Independence |
| | 9/8/1992 | Republican |
| | | |
| Sol L. Gerstenfeld | 6/1/2006 | Libertarian |
| | | |
| Scott A. Kolhaas | 11/12/1997 | Libertarian |
| | | |
| Daniel DeNardo | 9/24/2001 | Alaskan Independence |
| | 6/18/1992 | Jefferson, Jackson, Lincoln Assn. |
| | 6/1/1992 | No Party Party |
| | | |
| Edward A. Burke Jr. | 6/1/2004 | Alaskan Independence |
| | 3/28/1990 | Republican |
| | 8/11/1988 | Non-Partisan |

*Exhibit A, Attachment 2*
*page 1 of 1*