Michael A. Barnhill, Esq.
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811
(907) 465-4118 phone
(907) 465-2520 facsimile
Mike_Barnhill@law.state.ak.us

Counsel for Defendants

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKAN INDEPENDENCE PARTY, LINDA WINKELMAN, ALASKA LIBERTARIAN PARTY, INC., and SCOTT KOHLHAAS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STATE OF ALASKA, DIVISION OF ELECTIONS; and LOREN LEMAN Lieutenant Governor,<br><br>　　　　Defendants. | **REQUEST FOR ORAL ARGUMENT RE MOTION TO DISMISS** (Fed R. Civ. Proc. 12(b)(6))<br><br>Case No. 3:06-CV-00040 TMB |

Defendants respectfully request oral argument on their motion to dismiss. The oral argument may be consolidated with the oral argument on plaintiffs' motion for summary judgment.

DATED this 4th day of October, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *[signature: Michael A. Barnhill]*

Michael Barnhill
Assistant Attorney General
Alaska Bar No. 9311063

**CERTIFICATE OF SERVICE**
I hereby certify that I served the foregoing document on October 4, 2006 via electronic mail and will serve on October 5, 2006 via USPS mail, addressed to the following party:

Ken Jacobus, Esq.
310 K Street, Suite 200
Anchorage, AK 99501-2064

*[signature]*
Michael A. Barnhill

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

REQUEST FOR ORAL ARGUMENT                                       PAGE 2 OF 2
AK Independ. Party, et al. v. State of AK, Div. of Elections, & Lt. Gov. Leman   Case No. 3:06-CV-00040 TMB