MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ALASKA INDEPENDENCE PARTY, ET AL vs. STATE OF ALASKA DIVISION OF ELECTIONS, ET AL

BEFORE THE HONORABLE TIMOTHY M. BURGESS    CASE NO 3:06-CV-00040-TMB

DEPUTY CLERK/RECORDER:    SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   KENNETH JACOBUS

               DEFENDANT:   MICHAEL A. BARNHILL

PROCEEDINGS: ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS
             (DKT 8) HELD 1/18/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:57 p.m. court convened.

Court and counsel heard re Defendant's Motion to Dismiss (Dkt 8) and Plaintiff's First Motion for Summary Judgment (Dkt 13).

Arguments heard.

Court and counsel heard re Defendant's Motion to Dismiss (Dkt 8) and Plaintiff's First Motion for Summary Judgment (Dkt 13); Motions taken **UNDER ADVISEMENT**, written ruling to issue.

At 2:43 p.m. court adjourned.

DATE:   January 18, 2007     DEPUTY CLERK'S INITIALS:     SCL