# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ALASKA INDEPENDENCE PARTY, et al
    Plaintiff,

Case Number 3:06-cv-00040-TMB

v.

STATE OF ALASKA DIVISION OF ELECTIONS, et al
    Defendant.   **JUDGMENT IN A CIVIL CASE**

__ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendants recover of the plaintiff his costs of action.

APPROVED:

/s/Timothy M. Burgess
United States District Judge

_____
Date: February 22, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    /s/ Ida Romack
    Ida Romack, Clerk of Court

[~2948909.wpd]{JMT2.WPT*Rev.3/03}