Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
(907) 277-3333 - phone
(907) 264-6666 - fax
kpjlaw@yahoo.com

Counsel for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKAN INDEPENDENCE PARTY, LINDA WINKELMAN, ALASKA LIBERTARIAN PARTY, INC., and SCOTT KOHLHAAS,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF ALASKA, DIVISION OF ELECTIONS; and LOREN LEMAN, Lieutenant Governor,<br><br>Defendants. | **NOTICE OF APPEAL**<br><br>Case No. 3:06-CV-00040 TMB |

Notice is hereby given that the plaintiffs/appellants in this case, Alaskan Independence Party, Linda Winkelman, Alaska Libertarian Party, Inc., and Scott Kohlhaas, pursuant to 28 U.S.C. §1292(a)(1), hereby appeal to the United States Court of Appeals for the Ninth Circuit, from the entirety of the following order and judgment of the United States District Court for the District of Alaska:

(1) Judgment in a Civil Case dated February 22, 2007, and filed February 23, 2007, as Docket No. 30.

(2) Order Granting Summary Judgment in Favor of Defendants, dated

February 19, 2007, and filed February 20, 2007, as Docket No. 29.

DATED this 28th day of February, 2007.

KENNETH P. JACOBUS, P.C.
Attorney for all Plaintiffs/Appellants

By _____
Kenneth P. Jacobus

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he mailed and electronically served a true copy of this Notice of Appeal on February 28, 2007, to:

Mike Barnhill, AAG
Office of the Attorney General
P.O. Box 110300
Juneau AK 99811-0300

_____
Kenneth P. Jacobus

2