```
        UNITED STATES
       DISTRICT COURT
         District of Alaska
         Anchorage Division

       # 00129960 - PS
        March 1, 2007


   Code   Case #   Qty      Amount

   086900-F 06-40           105.00 CK
   510000-C 06-40           150.00 CK
   086400-R 06-40           200.00 CK


   TOTAL→              455.00



FROM: KENNETH P. JACOBUS, P.C. FOR
      AK INDEPENDENCE PARTY, L.
      WINKELMAN, AK LIB. PARTY, INC
      S.KOHLHASS-APPEAL-3:06-CV-40
```