UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _____   U.S. District Court # 3:06-cv-00040 TMB

Short Case Title  ALASKAN INDEPENDENCE PARTY v. STATE OF ALASKA

Date Notice of Appeal Filed by Clerk of District Court  March 1, 2007 - fee paid

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| NONE | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

(XX) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  NONE                Estimated Date for Completion _____

Signature of Attorney  [signature]           Phone Number  907-277-3333

Address  310 K Street #200  Anchorage AK 99501-2064

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.     (
    (Signature of Court Reporter)

( ) Arrangements for payment were made on _____ .

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____  Due Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____  Court Reporter's Signature _____

(Trscrpt.des 11/96)