UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED MAR - 2007

FILED
DOCKETED
MAR 1 4 2007   DATE   INITIAL

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: <u>ALASKAN INDEPENDENCE PARTY, et al v STATE OF ALASKA, et al</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Timothy M. Burgess - 3:06-cv-00040-TMB</u>
Date Complaint/Indictment/Petition Filed: <u>2/23/06</u>
Date Appealed Order/Judgment *entered*: <u>2/20/07 & 2/23/07</u>
Date NOA *filed*: <u>2/28/07</u>
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

( 07-35186 )

Court Reporter(s) Name and Phone Number: <u>Suzannette Lucero - 907-677-6111</u>
Magistrate Judge's Order?  If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: __               Date FP denied: __
Is FP pending? __yes/no           Was FP Limited/Revoked?
US Government Appeal?   <u>No</u> yes/no
Companion Cases?  Please list: __
Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Kenneth Jacobus | Michael Barnhill, AAG |
| 310 K Street, Suite 200 | P.O. Box 110300 |
| Anchorage, AK 99501 | Juneau, AK 99811 |
| FAX: 907-264-6666 | FAX: 907-465-6735 |
| E-mail: kpjlaw@yahoo.com | E-mail: mike/barnhill@law.state.ak.us |

__retained   __CJA   __FPD   __FPD   __Other     Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: __          Address: __
Custody: __                       __
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __       9th Circuit Docket Number: __

---

Name and phone number of person completing this form: <u>Linda Christensen - 907-677-6104</u>